UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 19-CR-10117-IT |
| ) | |
| DEVIN SLOANE ) | |

**ASSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR SENTENCING MEMORANDUM**

Devin Sloane respectfully moves this Court to enter an Order granting him an enlargement of the twenty-page limit set forth in Local Rule 7.1(b)(4) for his Sentencing Memorandum. The Government does not oppose Mr. Sloane's request for leave to exceed the page limit. In support of this Motion, Counsel states as follows:

1. Local Rule 7.1(b)(4) limits memoranda supporting a motion to twenty, double-spaced pages, absent leave of Court. Motion practice in criminal cases is subject to the requirements of Local Rule 7.1(b)(4). *See* Local Rule 112.1.

2. Given the complexity of the issues involved, and the need to fully brief the Court on those legal and extenuating issues, Mr. Sloane respectfully requests leave from this Court to exceed the page-limit requirement.

3. The undersigned has conferred with counsel for the Government regarding the relief Mr. Sloane requests herein, and the Government assents to this motion.

        Respectfully submitted,
        DEVIN SLOANE.

        By his attorneys,

        /s/ *A. John Pappalardo*
        A. John Pappalardo (BBO# 338760)
        Greenberg Traurig, LLP
        One International Place
        Boston, Massachusetts 02110
        pappalardoj@gtlaw.com
        Tel: (617) 310-6000
        Fax: (617) 310-6001

        Nathan J. Hochman (*Pro Hac Vice*)
        BROWNE GEORGE ROSS LLP
        2121 Avenue of the Stars, Suite 2800
        Los Angeles, California 90067
        nhochman@bgrfirm.com
        Tel: (310) 274-7100
        Fax: (310) 275-5697

        Sandra R. Brown-Bodner (*Pro Hac Vice*)
        Hochman Salkin Toscher Perez, P.C.
        9150 Wilshire Boulevard, Suite 300
        Beverly Hills, California 90212
        brown@taxlitigator.com
        Tel: (310) 281-3200
        Fax: (310) 859-1430

DATED: September 16, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2019, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

        /s/ *A. John Pappalardo*