**Exhibits to Sentencing Memorandum**

| Exhibit Number | Exhibit |
|---|---|
| A | Under Seal |
| B | Letter of Devin Sloane |
| C | Letter of Charles Schwab |
| D | Letters of Support |
| E | Video of Friends and Colleagues of Devin Sloane |
| F | Summary Chart RE: Actions Taken During Singer Conspiracy |