# EXHIBIT B

9/14//2019

Dear Judge Talwani,

I stand before the Court deeply apologetic for my conduct. I spent a lifetime working diligently to build up a career and get my family on solid ground. I have dedicated all my energy and resources to being a dedicated family man, a humane colleague and to do my best to spread my good fortunes in life when I can. I have also worked to be a contributing member of various communities and to support people and causes that I believe can make a difference and have lasting change.

Now, all of that is at risk because I took part in a crime that was wrong and shameful. Now I have become a symbol for wealthy entitlement, arrogance, privilege and unfairness. I have given this a great deal of thought and I can see how some people can come to these conclusions. It saddens me to think that they may be right.

But I do want you to know that this is not who I was brought up to be, not how I have led my life, and it is not who I am. I think back to my late mother who didn't have the means to support my brother and me after our father abandoned us. She tried everything to take care of us and make us feel protected even though she could not financially support us; she always looked after other people before herself with a joyful smile and contagious enthusiasm.

When she remarried to a doctor, even though our lives remained difficult in different ways, it gave us opportunities that we could hardly imagine. For one, we no longer wrestled with hunger or woke up to eviction notices. As we got on our feet financially, she continued instilling good values in us. Going through that, from an early age, I always knew I wanted to make a difference in the lives of others. I never forgot what it means to struggle and be without.

Despite the many childhood hardships, I always sensed that I was very fortunate. Early on, I had a teacher and mentors who gave me guidance at important crossroads in my life so that I could try to reach my potential. I was also fortunate to have discovered a spiritual guide in India named Sathya Sai Baba, who taught me how to discover my basic humanity through sharing, understanding, humility, and respecting and loving family and others first.

When I was 31 years old, I was fortunate to be introduced by Sai Baba to the love of my life and my partner, Cristina. During our over 21-year marriage, we have been blessed to create a wonderful, caring family that includes four children, Matteo, ▇▇▇, ▇▇ and ▇▇▇▇, who are respectful and caring people. My oldest son Matteo and I have a special relationship.

1

9/14//2019

Matteo was born within the first year after we married, and, in some ways, I saw my young self through his eyes. Like many parents, I wanted him to be free of the emotional pain that I experienced from my own childhood. This led me to try too vigorously to solve problems that hadn't yet arisen. So while I have always sought to nurture and shepherd him, in this case, I failed miserably by doing too much, going too far, and crossing the line. I lost sight of my path. My moral compass wasn't strong enough. I compromised my value system and ignored my intuition. What I did here was the antithesis of what I set out to do. I did something that was wrong and illegal, and I sent the worst possible message to my son.

The realization of the horrible mistake I had made and the crime I committed became clear to me after 15 armed agents raided our home on March 12, arrested me, and took me away from my wife and our young children in handcuffs. That was unimaginably difficult, but the hardest moment came later.

When I returned home, my son was standing in the kitchen with tears rolling down his face because of what I had done. He said: "Why didn't you believe in me? Why didn't you trust me?" He told me that I didn't need to do any of this, and that he would have been happy to go to any schools that had accepted him. I was devastated by the hurt I had brought him and will forever carry the scar of the memory of those tears on his face.

From the outside, some people might conclude that I didn't believe in my son. This is not true. I always believed in my son. I know he is smart and deserving of admission into a good university, and did actually get into three universities on his own other than USC without my improper help. But what I was led to believe is that the way the college admission process worked today, no one had a chance. I unfortunately became convinced that the system was broken and unfair and that cutting a corner was somehow justifiable. How stupid I was to believe this.

The irony is that my actions helped make the system even less fair.

These are the sorts of things I have realized over a period of self-reflection as to why I did what I did. Only after going through a kaleidoscope of justifications and excuses has all of this become clear to me. The truth is that there is no excuse. What I did defied my ethics, my values, and the laws of a country I love. I am devastated to have committed a federal crime.

2

9/14//2019

Your Honor, just so I am clear, **I am solely to blame for my actions and accept full and complete responsibility for my misconduct**. While I only wanted what was best for my son, what I did had the opposite impact on him, and on many other people. I apologize to him, to my loved ones and friends, as well as to all of the young women and men--and their parents--who feel betrayed by me and by my actions.

Your Honor, the deep regret and shame I feel now will be something I will carry with me until the end of my life. I will forever be a convicted felon and will have to deal with the consequences of being a convicted felon every day. However, I pledge to this Court that I will take the lessons of this experience head on and teach them to my children, to other parents and to anyone who might be thinking of taking an illegal shortcut. I want them to know that the consequences of such actions are disastrous and not worth it. I pledge that I will not hide from what I have done and will spend the rest of my life fully committed to redeeming myself with my son, my family, my friends, my colleagues, the different organizations I work with, the communities I am a part of and our society.

Thank you, Your Honor, for the time and effort you have spent considering my case. Whatever the results are in my sentencing, my focus will always be making amends for my actions, and restoring the trust that I have betrayed. I want more than anything to regain the trust others have had in me. I assure the Court that I will never allow something like this to happen again. My failings in regard to this crime have reminded me to remain vigilant in the face of temptation and to further dedicate myself to helping others. For the rest of my life, this will be my primary mission.

Thank you for your time and consideration.

Respectfully,

Devin Sloane

3