# EXHIBIT C



May 8, 2019

Devin S Sloane

Charles Schwab & Co., Inc.
211 Main Street, PHXPEAK-01-1C333
San Francisco, CA 94105

Re: Closure of Charles Schwab Brokerage Account Number

Dear Mr. Sloane,

When you opened your Charles Schwab account(s) referenced above, you agreed to abide by the terms of the applicable account agreement(s), which permit the closure of the account(s) at any time and for any reason. Charles Schwab is now exercising its right to close the account(s) referenced above effective 06/10/19 ("the closure date").

In order to facilitate the closing process of the Schwab Brokerage account(s), we ask that you meet the deadlines set forth below. Purchases of new account positions will be permitted until 4:00 p.m. (EST) on 05/22/19. After that date, only liquidating (selling/closing) transactions of existing account positions and requests for funds and account transfers will be permitted. No new account purchases of any kind will be permitted. All account assets must be transferred to another institution or withdrawn on or before the closure date. If you plan to transfer your account assets, we encourage you to contact the intended firm and start that process now.

There are two options available to you:

• Engage the services of another broker-dealer or financial services firm, and request a transfer of the Charles Schwab account(s) to that broker-dealer or firm.

• Liquidate all securities in your Charles Schwab account(s), if any, and issue a check or a wire transfer to you for the full amount of your available balance in the account(s).

If any assets remain in the account(s) after the closure date, Charles Schwab reserves the right to transfer the assets to the appropriate Transfer Agent or sell all securities in the account(s) and/or mail a check for the entire account balance to the address of record for the account.

Thank you for your prompt attention to this matter. If you have questions regarding this process, please call 888-787-7674.

Sincerely,

Charles Schwab & Co., Inc.
(1018-82PT)

**Brokerage Products: Not FDIC-Insured. No Bank Guarantee. May Lose Value.**

Charles Schwab Bank and Charles Schwab & Co., Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products, including the Schwab One brokerage account, are offered by Charles Schwab & Co., Inc., are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, and are subject to investment risk, including the possible loss of principal invested. Deposit and lending products, including the High Yield Investor Checking account, are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

Charles Schwab & Co., Inc. Member SIPC.

\* If you do not meet the deadlines outlined above, Schwab reserves the right to sell any positions in your brokerage account(s), at the market price, and mail a check for the net sale proceeds (less commission and other applicable charges) to the address of record for the account. You will be responsible for the tax consequences of any such sales and agree that Schwab will not be liable for any future appreciation of the securities that were sold. There may be tax consequences for (a) selling securities positions in your brokerage account(s), including realizing capital gains/losses and (b) withdrawing funds from certain account types, such as an Individual Retirement Account. You will be responsible for any tax consequences. Please consult with your tax advisor.

\*\* If you are currently receiving benefit payments into your account(s) (as defined by 31 CFR 210.2), please make arrangements to change your deposit instructions. In addition, please notify us immediately so any necessary accommodations can be made. A benefit payment is defined as a payment for a Federal entitlement program or for an annuity, including, but not limited to, payments for Social Security, Supplemental Security Income, Black Lung, Civil Service Retirement, Railroad Retirement annuity and Railroad Unemployment and Sickness benefits, Department of Veterans Affairs Compensation and Pension, and Worker's Compensation.

\*\*\* Please be aware that if applicable, any Schwab Bank High Yield Investor Checking accounts, Schwab Bank High Yield Investor Savings accounts, BillPay, Schwab Bank Visa debit cards, and any other associated Schwab Bank products will be closed / discontinued as a part of this process.