# EXHIBIT D

**Letters in Support of Devin Sloane**

| NAME | TAB |
|------|-----|
| Anish, Jason | 1. |
| Anish, Kimberly | 2. |
| Barbieri, Enrico | 3. |
| Blindell, William | 4. |
| Bowcock, Robert | 5. |
| Bruno, Carlo | 6. |
| Candiani, Paolo and Borghi, Paolo | 7. |
| Dave, Michael | 8. |
| Davis, Brett Michael | 9. |
| Davis, Rosana | 10. |
| Gray, Linda | 11. |
| Haacker, Joshua | 12. |
| Hamilton, Mike | 13. |
| Henrie, James | 14. |
| Herman, Emily | 15. |
| Hill, Amber | 16. |
| Hoek, Eric | 17. |
| Ireland, David | 18. |
| Jukes, Sujana | 19. |
| Kaplowitz, Michele | 20. |
| Kaplowitz, Richard | 21. |
| Klonowski, Joann | 22. |
| La Rosa, Cristina | 23. |
| Lamperti, Barbara | 24. |
| Lamperti, Massimo | 25. |
| Los, Pieter | 26. |
| Magee, Jody | 27. |
| Martinez, Ana | 28. |
| Medved, Karen | 29. |
| Meyer, Jamie and Chuck | 30. |
| Meyer, Lucy | 31. |
| Palazzotti, Alessandra | 32. |
| Reifert, Tyler | 33. |
| Runnoe, Donna | 34. |
| Schifino, Paul | 35. |
| Shumard, Bill | 36. |
| Sloane, Kehly | 37. |
| Sloane, Lance | 38. |
| Welsh, Susan | 39. |
| West, Tom | 40. |
| Wood-Manke, Dena | 41. |

**1**



April 21, 2019

Dear Judge Talwani,

My name is Jason Anish, President & CEO of Austin Financial Services, Inc. I have been happily married for over twenty years with a daughter who is a freshman at University of Oregon and a son who is a junior in high school. Throughout my life I have been actively involved in the community through volunteerism in youth sports; as a coach and referee for AYSO Region 58 for the past twelve years, coach for Sherman Oaks Little League baseball and a coach for VNSO junior basketball league. I previously held a seat on the AYSO Region 58 board and was actively involved with ACEing Autism, a non-profit that provides sports related intervention for children with autism.

I am also the current acting president of the Commercial Finance Conference of California (CFCC) which is the California chapter of the Commercial Finance Association, an organization that advocates for and oversees the national interest of banks and finance companies.

I am fully aware of the federal actions being taken against Devin with respect to the college admissions case.

Devin is my best friend and like a brother to me, he was a groomsman in my wedding and was the one guy that I trusted to secretly film the video of me proposing to my wife. We met almost thirty years ago playing ice hockey together in Culver City, California. An ice hockey team is made up of a unique group of guys, you know who is going to be there for you and is a team player and you know who is only out for themselves and playing as an individual. Devin was always a team player making sure that the team came first and was just as happy making a pass for an assist as he was scoring a goal. That approach of looking out for others before himself has served him well throughout his life, with business, friends and family, he has always tried to do right by others before looking at how the situation benefited himself.

As young men in their twenties/thirties, coming from average backgrounds and trying to find our paths in life, Devin's focus was and has always been on family, caring and providing for his aging mother while in search of finding a great woman to one day build his own family and future with. Eventually Devin met and married his wife Cristina, who almost immediately became a part of our family. Their first born son Matteo and my daughter Melanie are only months apart in age and grew up together through family trips, BBQ's and holiday dinners. As the years went on both of our families grew in size, Devin and his wife having three boys; Matteo, ████ and ██ and their most recent addition to the family, ████ their three-year-old daughter. We view the Sloane family as a part of our family.

Devin is a great person who has been and will always be active in the community. He has a reputation in the community and in business for being an honest hard-working person of very high integrity, so much so that I would regularly seek out Devin's advice when facing challenging life or business situations to ask for his guidance. He and his wife have been active members in their children's schools, serving on boards, being involved in planning committees and contributing funds for the enhancement of the campuses and

betterment of the school for all students. Through his past businesses he has generated Quimby funds that have provided "green spaces" within those communities. In 2015 Devin and his wife ventured into a new area of giving back, they paid for and hosted the athletes and the entire Italian delegation of the Special Olympics to be in Los Angeles with their families and participate in the Special Olympic Games. Devin & Cristina not only organized and planned every detail of the trip, from day trips for the entire team and their families to all of the major landmarks in Los Angeles, with an amazing dinner event on the Santa Monica Pier, but also arranged a private evening for them to enjoy the best of Universal Studios, with a gala event that evening for the athletes and their families to celebrate their accomplishment of being a Special Olympian. If it weren't for Devin and Cristina's amazing generosity and involvement with every detail of the Italian team's time in Los Angeles, the team would not have been able to participate in the 2015 Special Olympics and would not have had an experience that they will remember for the rest of their lives, and all of this was made possible because of Devin and Cristina's donation. This experience not only enriched the lives of the Special Olympic athletes and their families, but also allowed his friends and family to volunteer and share in the wonderful feeling of giving back to such a special cause. Even now he and his wife Cristina's involvement with, and continuous contributions to UNICEF has always had the same focus, giving back to organizations with an emphasis on improving the world. Once again, he and his family's commitment to UNICEF has encouraged others in their lives to become more actively involved in community and philanthropy.

Devin was always one of the most entrepreneurial people out of our group of friends, from taking a school project and turning it into a successful toy venture, and then moving into the Car Wash and Convenience store business which gave him his start in the oil and gas industry, eventually becoming the number one ranked Mobile brand operator in the United States. While I wasn't actively involved in business with him, as best friends we discussed all aspects of business and his vision for business growth within the community. In his most recent business venture Devin has focused his efforts on helping to solve the world's water issue. He assembled a team of talented individuals from the water industry to build a group tasked with creating a better technology to recycle and reuse waste water for domestic and international municipalities, universities, private and public companies and water treatment facilities, all while creating an amazing amount of jobs for people seeking opportunities in the water industry.

I believe that Devin has learned from this situation painfully coming to grips with what has taken place and has remorse for what he did. The effect on him and his family's life have been devastating to say the least, the national attention of this case through the media has had a dramatic effect on his mental health and the health of his family. If Devin were to be incarcerated, I feel that it would not only be a huge loss for the community, the people at his company who rely on him for employment and day to day guidance in the business, the charities that he is involved with, his friends and most of all his family. It would have dramatic and long-lasting negative effects on his young family that would alter their lives today and for many years to come.

Devin is a good husband, father, friend, family member and an overall benefit to society. If I needed to call one person to help me with a project, a car that had broken-down on the side of the road or a serious family matter, it would be Devin Sloane. While I understand and respect the serious nature of this case, I firmly believe that the community, friends, families and employees would suffer tremendously if Devin were to be incarcerated. I sincerely and respectfully ask for your consideration and leniency with respect to Devin's case, I truly believe that the events over the past few months leading up to your final decision have been more than enough punishment for the crime that he is being charged with. The community would be much better served if your decision was to recommend community service for his punishment,

the positive benefits of having a person like Devin perform community service will far outweigh having him sit and rot in a jail cell.

It pains me to have to write this letter, I feel as if I am writing a eulogy for my best friend, but I truly believe that we have all learned from this experience and will hopefully become stronger and better people after going through this. I would be happy to make myself available to answer any questions that your honor might have while evaluating the character of Devin Sloane.

Respectfully,

Jason Anish
President & CEO

**2**

May 14, 2019

Dear Judge Talwani,

I have known Devin Sloane for the past 27 years. I am a mother of two children. I volunteer at their school helping to raise money for kids that can't afford a Jewish education and getting the new families adjusted when they start at our school. I also sit on the board for the mid valley chapter of National league of Young Men where I am the web administrator. Our families have grown up together - first with our wedding where Devin stood as one of my groomsmen, having our first children within months of each other, going on family vacations together, celebrating all important occasions from Bar/Bat Mitzvah's, special friend day at school to funerals. Devin has become family to us and we will forever be part of each others lives. Devin has always been a trusting, loyal, giving, hardworking and family-oriented man. My children look at Devin in a fatherly manner and will ask his advice when they need it and he is always there for them.

I know Devin is being sentenced to a federal crime for mail fraud related to the college admissions scandal. I am writing this letter to ask for leniency.

Devin's generosity goes above and beyond the charities he supports. I have been to some of the events such as Special Olympics and Unicef where I have seen his devotion to helping these very amazing organizations. Devin brought the entire Italian delegation to the US from Italy to participate in the games and planned so many wonderful events for them. This was something I will never forget. The smiles I saw on the children's faces watching them show their talent here in Los Angeles or experience Universal Studios was priceless.

Devin also took over a center for children with Autism that his father-in-law had started after his death to make sure those kids still had a place attend. He built them a new soccer field and basketball court and managed the staff. Devin has always made helping kids a priority in his life. He has always been involved both financially and personally with the schools in which his children have attended.

Devin is a hard worker and if he sets his mind to doing something he doesn't stop until he completes it. He is an entrepreneur when it comes to business and is always striving to make this planet a better place for all. You can see that in the work he did for Unicef by donating money and vehicles so they could build water wells for people who prior to this had to walk miles just to get their water, or in the water company he started just a few years ago to help the world's water issues.

But what I love most about Devin are his family values. He is an amazing husband and devoted father to his four children. He is always there supporting them for whatever they are involved in whether it be a swim lesson, track meet, soccer game, acrobatic show or ballet class. He is the backbone of his family. He was and is a huge support to his wife who is Italian. It was difficult for her to move to a new

country where she knew no one after the death of her father (her only living parent), and through difficult pre-cancer surgeries she had to endure. He cared for his mother who had Alzheimer's until the very end of her life, making sure she was well taken care of. Devin still cares for and supports his stepfather even though his mom and stepdad have been divorced for many years. With all of that being said, this situation has had a terrible effect on Devin. He will never be the same and knows that this mistake has affected so many people, including his relationship with his son. As a loving parent myself, we only want what's best for our children and I can tell you that incarceration for Devin would only further hurt his family. He is a hands-on dad and all 4 of his children depend on him.

Devin knows he made a big mistake and will face punishment. I feel that community service would be a better punishment for Devin so that this family is not torn apart. Given his track record, I know he will invest all of his energy into the project to ensure that it helps people in the community. I ask again for your consideration for leniency.

Respectfully yours,

Kimberly Anish

**3**

Carnate (MI) Italy  April 25th, 2019

To the kind attention of

The Honorable Indira Talwani,
United States District Judge

Dear Judge Talwani,

My name's Enrico Barbieri and I live in Italy in a small village (Carnate) closed to Milano.

I was born in Carnate December 21st, 1954 and since 1982 I'm married with my wife Paola and I retired since August 2016.

I've been informed that Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

Dear Judge Talwani, I know Devin since 1998; we work together in the same company for more than 17 years and most of the time in Italy. Both we were in sales and both as Sales Managers of different Sales Areas. During this period I had the possibility to spend a lot of time with him, both as colleague in the same company but more as Spiritual Brothers.

In fact our families follows the teaching of Sri Sathya Sai Baba and on average, twice a years we were visiting (with our families as well), His Ashram in Puttaparthi , a village 150km north of Bangalore in India. I know that Devin was regularly visiting with his family Puttaparthi, since he was 8 years old.

Dear Judge Talwani, I know him as a very honest person, full of love for his family and always trying to put in practice the main teachings received during all his life in closed contact with our Spiritual Master. He's a person always ready to help who has a need; I can mention some example that can give you an idea of the extent of his generosity and of the personification of Sai Baba Message "Help Ever – Hurt Never".

Devin and his family have taken active part, financing many project in India under the direct supervision of Sri Sathya Sai Baba.

- Super Speciality Hospital in Puttaparthi: a huge Hospital where everybody needs can receive free treatment, including very complicated surgery.
- Water Project: a Huge project fully financed by the Sri Sathya Sai Organization of India – the project consisted of building an artificial channel bringing Water from the Gange river to the Chennai City.

- Construction Gymnasium School

-   Contribution for the preparation of the Christian's Wing into the Museum of Religions in Puttaparthi.

In addition to the above Devin and his family have been very active outside India as well.

He's Honorary Member of the "Special Olympic" in Italy, Organization that take care and training person with mental special needs.

Devin has organized and paid all expenses including lodging and all expenses related to the Italian National Team that in 2015 participated in the "Special Olympics" in Los Angeles.

In connection with the activities of the "Special Olympics", Devin and his Wife, with the direct instruction received by Sri Sathya Sai Baba, had for many years fully sponsored a place in Italy called "NATURABILE", situated at Divignano, a village 60 km north of Milano. This place has a very big indoor stadium with Basket and Volley Ball field, a Tennis Court a swimming pool and many other sport areas at the outside. This placed have been started by Devin's Father in Law and when he passed away, Devin and his Wife took all the organizational and financial responsibility. The main target of "NATURABILE" is to grant free access to all kind of Person with special needs, including trainers and parents and giving them the best infrastructure to practice many different sport suitable to train bodies with different types of special needs.

Devin is a person that don't like to show all he's doing.

All activities towards person or organization that involve "unfortunate people" are done by him in a quiet manner, without showing any form of ego. Devin is a person that, on what he does privately, he doesn't like and doesn't want any visibility or any kind of publicity. Because of this I'm sure he did a lot towards others, that only the direct person or organization involve know.

When Devin took over his Father in Law's Company to handle all the responsibility, he didn't change a comma from his way of treating people. His office door was always open and he was always prepared to help everybody who had problems related to business and not.

We have an expression in Italian language that translates to "Solar Person" and means a positive person able to bring everybody to the right humor.

I've also noticed some of the same features on his sons, meaning that his positive attitude to face positive and negative life aspects, have been rightly learned by them.

I have never seen him raising his voice. We have been in many meetings together and he always was the person to calm everybody down when there were disagreements, driving discussions in friendly path.

Dear Judge Talwani, about the situation that Devin is facing now I strongly believe that he has been subject to very bad suggestions by third party. He is very ashamed and sorry for bad judgment. I know that this bad experience has deeply touched his heart and surely such type of experience will never be repeated.

I know that his family is really suffering a lot. They are devastated.  Incarceration will be a real disaster not only for his young family but also for all the people and organizations that are really depending on Devin help.

Dear Judge Talwani, very politely and respectfully I'm issuing you a plea for consideration and leniency to please consider Community Service as a way for Devin to make up for his mistake by continuing to be of great service.


Respectfully yours,


Enrico Barbieri

██████████████
██████████████

**4**

# RALLEY CAPITAL AND DEVELOPMENT

July 12, 2019

The Honorable Indira Talwani,
United States District Judge

Dear Judge Talwani,

My name is William (Bill) Blindell. I am a general contractor and the owner of a company with 10 employees and a number of subcontractors. My partner started the business 20 years ago. Through integrity, we get all of our clients via word of mouth. We do charity construction work for several Jewish community centers in San Diego that started when I built a Temple for Rabbi Yeilfort in Carlsbad. I am single since I divorced five years ago. I don't have children of my own, but I do have five nieces and nephews that I adore. The other four children that I adore are Devin and Cristina's children. Matteo, ███, ██████, and ████.

I am writing this letter on behalf of my oldest and dearest friend, Devin Sloane. Devin and I have been the closest of friends since elementary school or about 10 or 11 years old. I understand Devin is being sentenced with respect to mail fraud related to college admissions. This is one of the last things I could ever imagine Devin being involved with. Devin is a guy that has never been in trouble in his entire life. He easily stayed away from the pressures of drinking and drugs, even in the early impressionable years of high school. Knowing from advice Devin has given me in the past, Devin is a person that would rather pay taxes on a questionable item, than deal with the consequence of being wrong.

The night he came home after being arrested, I stood with Devin in his driveway discussing what happened. He was clearly devastated, ashamed and contrite. He told me right away that he was going to tell the truth of what he did and that he was going to face this like a man. He was determined to set the right example for his kids. Within a short time, he plead guilty to mail fraud.

Devin has always had a sense of what's right and what's wrong, and he has always chosen the right path. He has given me many examples of doing the right thing even at a very young age. One of my earliest memories of Devin stepping up, was in 7th grade, Jr. High School, about 1978. Devin and I were walking past an isolated area, behind the cafeteria, when we came upon an 8th grader picking on a 7th grader who was an easy target. I believe his name was Darrell. He was deaf and had to wear 1" thick glasses. He couldn't see anything 3' away. The 8th grader was a bully and a big one. The Bully had Darrell pinned against the door and was teasing him, using a voice as if he was deaf. He was calling him a retard. Devin instantly ran up and shoved the bully away from Darrell. Devin yelled at the bully and he backed off. Devin motioned for Darrell to follow us away from the area. For the next two years we frequently had lunch with Darrell and he taught some

865 Comstock Ave Unit 5B, Los Angeles CA 90024    949-630-5022

1 of 5

of us how to do sign language. Devin was always kind, never a bully to anyone. Devin's kindness is only exceeded by his generosity to those in need.

The house where Devin grew up was not such a good place to be in. He had an amazing supportive Mother, but his stepfather was a very complex individual. He was difficult to be around. Good examples for Devin to follow were few and far between. Devin's stepfather was a bully and a tyrant. Everyone was afraid of Mike. If Devin had friends at the house and Mike came home, we would have to sneak out the back door and around the side of the house hoping that he wouldn't see us. When Mike had a temper, and when he got angry, he let it be known to everyone. He screamed orders at Devin and his Mom If he was hungry, he would loudly demand what he wanted. I never heard my parents yell at each other. It was extremely odd and frightening when he would just start screaming out "tuna sandwich, now!" The person Mike abused the most was Devin's Mom, Gloria. I remember how she always walked on eggshells. Everyone walked on eggshells around Mike. Gloria seemed to always be afraid, just waiting for another outburst explosion from Mike. This was not occasional behavior, it was a regular occurrence. Prior to Gloria marrying Mike, Devin, his brother Lance and Mom were about to be evicted from their second home. Gloria was left to take care of Devin and his brother after their alcoholic father abandoned them. They had no money and Devin told me they often didn't have any food to eat. Mike did financially support the family but it came at a cost. The abuse Gloria lived with was intolerable. And as much as a tyrant as Mike Goldstein was, Devin still never forgot the support he did provide. Much later, Mike and Gloria did divorce and within a short time, Gloria sadly passed away. Yet for many years and still today, Devin continues to financially support his stepfather. Devin bought him a house and a car and makes sure Mike has what he needs to be comfortable.

Growing up, Devin spent countless time at my house, with my family. He went on almost every family vacation. My parents loved Devin. We were as close as brothers. When we were freshman in high school, I was going through a difficult time. I was not really liked by one of the "cool" kids in the group and before I knew it, I was an outsider. Many of my friends abandoned me. Not Devin, he confronted the kid, and basically pulled me back into the group. Other friends saw Devin's actions and realized the "cool" kid was not so cool after all. Everyone learned from Devin and by his examples not his words.

Devin went on to succeed in college through hard work. He was moderately dedicated to academics in high school, but when college came, he realized he needed to do better to succeed. And that he did, starting at Chapman college then he transferred to USC his sophomore year. When he graduated, his first career was a partnership with my father. My family was in the full-service carwash, gasoline/convenience store business. We had multiple locations. Devin obtained a new location and we built one of the nicest facilities we ever had. It is in the City of Laverne California. Devin knew absolutely nothing about operating a carwash or a business for that matter. He was fresh out of college. He was a partial owner and the General Manager of the facility from opening day. I had proclaimed to my father, and others in our group, that he would be the best manager we ever had. Over time we had nine different locations and 9 different managers. I was more than correct in my assessment of Devin. His innovative marketing and management skills were a natural gift and before long, La Verne Carwash was our number one facility. We ended up implementing many of Devin's marketing strategies in all of our other locations.

Devin grew beyond that venture and ended up building and operating several other carwash/gas facilities. At some point Devin met Cristina and they married. He moved to Italy and expanded his career into his father-in-law's business that manufactured valves for the oil industry. Devin became a key player, side by side with his father-in-law, Mario. Devin frequently tells stories of Mario's many amazing acts of kindness and philanthropy. Devin learned these values and many other positive things from Mario. As a result, Devin has been instrumental in providing both financial and personal support to countless nonprofit organizations and individuals in need. He does this out of genuine concern for the welfare of others.

Devin and Cristina had three boys. Years later, Mario sadly passed and left Devin in charge of the company. Approximately five or six years ago, Devin and Cristina sold the company and made the decision to move their family back to California.

Since then, Devin started a new company called AquaTECTURE. The primary focus of his new company is to help resolve our modern fresh water crisis locally and across the world. It includes designing products that clean blackwater to potable standards and are portable for emergency situations like hurricanes. It includes efforts to build a desalinization plant. Devin works harder than most people I know. He is fiercely dedicated to progress and success. The amount of investment and work to build this new company is tremendous to say the least. At one point I asked Devin why he is going through all this work to start a new company from scratch, when in reality Devin doesn't "need" to work. He said he wanted to do something that could help change the world for the better. He had been in the oil business and didn't feel oil is helping the world. Through an epiphany, Devin decided to take on our world's ever growing fresh water crisis. He said he wanted to build a company that positively effects peoples' lives. He wanted to build a company that is much larger than just one person or one owner, and to have a company that provides jobs and careers for hundreds, if not thousands of people. A company that has a positive impact on the world.

When I was just in the beginning of starting my business as a general contractor, I had an unfortunate experience with the engine on my work truck. It lost the timing belt and the vehicle was at its end. I needed a new vehicle and the only way I was getting one was to finance it. Devin knew I was starting a business on a shoelace and that a big overhead would hurt my chances of success. Knowing I was strapped financially, he asked me to go with him to drop off some papers he needed to deliver. On the way he pulled into a dodge dealership and there was a brand new truck with a giant ribbon on it. It was the exact vehicle I told him I was going to get once I get things rolling. As hard as I tried to refuse the gift, the purchase of the truck was already a done deal. He gave me the keys and drove away.

Devin often refers to my Mother, Marita Blindell, as his second mom. He introduced her as such at the special Olympics gala event at universal studios. My mom lives in a retirement community in Orange County California. It is a wonderful place to live and has many great neighbors she has become close with. A little over two years ago a man rented a house immediately adjacent to my mom's. The new neighbor turned out to be a nightmare. This man started bulling my 80 year old mother. He was a very large and intimidating man who

was mentally unstable.  When Devin heard about my Mom's situation, he offered to immediately to buy her another house. He didn't want her living her life in fear every day. Although my mother didn't want to leave her friends, and the man eventually moved on, I will never forget the generosity and caring that Devin showed.

On another occasion, I told Devin about a post I saw on social media from a mutual high school acquaintance, David Ireland. David posted a go fund me page for his young son who had cancer. The insurance wasn't covering the cost of his treatment, so he posted a Go Fund Me fundraising attempt.  As soon as Devin heard, he contacted David and offered to pay the full cost of his son's treatment.  About a year later, David Ireland posted that his son was given a clean bill of health from his doctors.

Devin and Cristina are very philanthropic.  They donate regularly to UNICEF, Special Olympics and much more.  Several years ago, the World Special Olympics took place in Los Angeles, and teams from around the world traveled to Los Angeles to participate. Many cities and organizations raised funds to sponsor a particular country for their athletes to be able to travel and attend the event. Devin and Cristina, acted as the sponsor for all Italian Special Olympic athletes.  I believe it was about 160 kids from Italy, including parents and chaperones.  Being the sponsor meant covering the cost of their expenses. As Devin and Cristina always do, they wanted to make it as special and memorable as possible. Devin flew the Italian team to Los Angeles about a week earlier to make their trip special. Devin and Cristina planned a series of special events for the children.  Devin chartered four big yellow buses and drivers to handle all their transportation. Devin wanted them to experience some California culture and arranged "In-n-Out" mobile burger trucks to come to the practice field every day to serve the kids lunch.  One day was a private guided tour of the Getty Museum.  Another day he chartered the Santa Monica pier for a sit-down dinner and amusement park rides. The day before the Olympics were to start, Devin rented a ballroom at Universal studios for a banquet dinner and a tour of universal studios. It made the kids feel really special.

The impact of Devin being charged with a crime has been devastating.  The effects on his life have been severe.  He and Cristina have four kids, the youngest being just 4 years old. His family relies on Devin every day.  He goes to all of his children's events and practices. He is deeply involved in their lives. He makes it a point to have lunch with his wife every day. Incarcerating Devin would be a tragedy for his family.  Especially his young daughter whom he puts to bed every night. He has learned his lesson and deeply regrets the decisions he made regarding this case.

Your Honor, I have known Devin for about 43 years now. Not many people know him as well as I do. I could not imagine how sentencing Devin to prison will teach him any lesson he has not already learned.  It would also be a tragedy to so many people that rely and need Devin doing what he does every day.  Devin is someone that I believe truly can help change the world for the better.  The water projects he is involved with are incredible and have the potential to save lives, and improve lives worldwide.  In closing, I hope and pray you give Devin a chance to redeem himself. It is my belief a sentence of community service as opposed to incarceration would be a better solution. It could allow Devin to be

with his family and continue with his efforts to help others. Any community service he would be involved with would truly benefit.

Respectfully yours,

William Blindell

*William L. Blindell*

5

 Integrated Resource Management, Inc.

July 6, 2019

The Honorable Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

My name is Robert Bowcock, I am both a longtime colleague of Devin Sloane and an expert in the water industry with over 25 years of experience in water quality, treatment, supply, policy and institutional management.  Locally, I served as a California Superior Court appointed Watermaster for a portion of Los Angeles County from 1991 – 2010 and remain active regionally, as I still serve as California Superior Court appointed Watermaster in San Bernardino County today. As an environmentalist, I am currently President of the Board of Directors of the Erin Brockovich Foundation and serve or have served on the Board of Directors of many National and International Environmental Organizations.  I have addressed almost all fifty State Legislatures and the United States Congress on many occasions as an expert on drinking water quality issues (e.g. the lead crisis in Flint, Michigan).  Most recently, I was asked to provide the keynote address for British Water's Annual Conference, speaking June 18 in London at the Olympic Auditorium on critical drinking water issues facing the United States.

I am aware of Mr. Sloane's legal case in which he pleaded guilty to mail fraud as one of the parents in the college admissions scandal. Having spoken to him, I am also aware of his sincere remorse, shame and regret for his wrongdoing.  I write this letter to ask this Court to allow Mr. Sloane to redeem himself through a worthwhile project that will positively impact the environment while serving the low-income community. Mr. Sloane is the key person in a major water treatment and infrastructure project critical to water security in the drought-stricken West.  The recent severe drought that California experienced demonstrated that, with the changing climate, new water supplies are desperately needed in California, and particularly in Los Angeles County. The State's water system, heavily dependent on snowmelt and constrained by environmental protections, can only provide Los Angeles with a fraction of the water it was originally intended to provide. Local groundwater basins are at their lowest levels in decades. Even water recycling is proving unreliable because water conservation has cut the amount of water (i.e. sewage) available to be recycled.  As climate change continues to wreak havoc on California's current water supply systems, and the threat of a major earthquake disabling California's water systems for months or even years looms, Los Angeles County needs an additional, dependable water supply solution it can count on.

In 2016, Mr. Sloane founded and has led The Alamitos Resiliency Project (the "Project"). This Project,  when constructed, will create 108 million gallons per day (MGD) of fresh potable water from seawater desalination.  The Project, located in Long Beach, California, includes a state-of-the-art treatment plant, 30-mile conveyance pipeline, and education and research facilities.  The $1.5 billion Project will repurpose 16 acres currently occupied by a seawater-cooled power plant soon to be decommissioned and demolished—a location that provides unique access to an unlimited supply of seawater as well as runoff from upstream urban watersheds.  With these key features, water agencies in Los Angeles County will have access to enough water to supply over 1 million people in a drought or an emergency.

The Alamitos Resiliency Project has been purposefully sited and designed to also deliver substantial environmental benefits. First, it will take in water from Alamitos Bay, an important residential, recreational, and commercial part of the City of Long Beach (population 400,000) and prevent water from stagnating and creating an ecological tragedy (e.g. algae growth, odors, a build-up of trash, an accumulation of metals and bacteria, and fish kills). Second, it will use a patented combination of reverse osmosis membranes and investment in a renewable energy supply that will save energy and fully offset any carbon emissions. Lastly, the Project becomes a stormwater capture project by turning polluted runoff from rainstorms into drinking water rather than allowing it to run untreated into the coastal waterways—in turn removing harmful bacteria, hundreds of pounds of toxic copper, and tons of trash that would otherwise pollute these valuable coastal areas.

The public and elected officials have voiced strong support for the Project. In March and April of 2019, more than 500 people were polled, and 40 thought and political leaders interviewed, in the areas that would be directly served by the Project. Results showed that 70 percent of people polled would support a project like the Alamitos Resiliency Project while only 17 percent would be opposed (and 13 percent undecided). In addition, results showed that the stormwater capture and treatment component of the Project was a highly desirable element of the project. Meanwhile, the Project has received bipartisan political support from former Governor Pete Wilson (R) and former Governor Gray Davis (D). Given these results, public and political support for the Project appears to be very favorable.

Lastly, the Project has been designed to provide a true public benefit. It will be owned and managed by a non-profit corporation comprised of local water utilities. This will ensure full transparency and accountability. It will also be financed without debt which will greatly reduce the total cost of the Project and help make water supplies more affordable to Los Angeles County's large number of economically disadvantaged families. In addition, it will create several thousand jobs during construction as well as provide water supply security for the local economy during the next major drought or after the inevitable major earthquake expected to hit Southern California. Finally, the education and research components of the facility will foster innovation in water treatment technology as well as our understanding of coastal water quality and ecology for future generations of Los Angeles County residents.

Without Devin's personal dedication, leadership, strategic vision, financial investment, and unique non-profit approach, the Alamitos Resiliency Project would not be happening, and his absence at this critical juncture when the entire Project is coming together is potentially devastating. With the economic, political and environmental stakes for the Project so high and the potential positive impact on California's water supply so great, Devin's hands-on leadership is required to navigate the complexities and provide stability to the delicate relationships among many diverse interests. A great deal of economic and political trust has been developed in the Project solely because of Devin -- which stands to be lost with his absence.

With the utmost respect for this Court and your duties as Judge, I feel incarceration as punishment for Devin will not serve society well at all. Using the professional skills and talents of Devin's service will provide more benefit to the community. Please give him this chance to redeem himself. I know he will prove himself worthy if given a chance.

Respectfully,

Robert W. Bowcock

6

# GITTI AND PARTNERS

Associazione tra Professionisti

To:
The Honorable Indira Talwani
United States District Judge

Milano (Italy), 2 May 2019

**RE: Devin Sloane**

Dear Judge Talwani,

My name is Carlo Bruno and I am Mr. Devin Sloane's attorney in Italy.

I am one of the founder partners of the law firm "Gitti and Partners" based in Milan, Brescia and London (www.grplex.com). I serve as board member of the Scuola Europa School in Milan (www.scuolaeuropa.it) and am also one of the assistants to the Chair of Private Law at the University of Milan. I married my wife Antonella 19 years ago and I am father of two boys aged 17 and 16.

I am aware that Mr. Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

Since 2013 I have had the privilege of assisting Devin and his family in all their legal interests in Italy and I have assisted Devin, in particular, in many transactions and I can strongly affirm his loyalty and trust. I can also testify the extreme generosity that he showed to so many people, both in his professional ambit and also as a supporter of many charitable projects.

One could probably argue that the above statements may seem biased, given that I am his attorney, and maybe to some extent they are (!), but instead of just words, I would like to respectfully draw your attention to some facts which I can directly testify in person to confirm my point of view.

In 2015 Devin's family was selling the majority stake in large company belonging to his wife Cristina and his wife's sister, where he had served some time ago as a top executive in the Houston office of the company and given his incredible management skills, had all the titles to become CEO of that company following the passing of the founder, Cristina's father. A normal person in such a situation would have most probably tried to become CEO and to obtain as much personal and economic advantages for oneself as possible. But Devin did exactly the opposite. He did not candidate himself as CEO and when the sale process was in an auction phase, he



**GITTI** AND
**PARTNERS**

strongly advised his wife and sister in law to prioritize the safeguard of the workers and personnel of the company, even if that could have meant accepting a lower price offer for the sale of the company. He also accepted a strict three year non-competition clause in the ambit of the final sale in exchange for reassurances on a soft exit for the key managers of the company, who had been close friends of the family for decades.

After the sale of the company, instead of just retiring or enjoying life and family, he put himself to the test (yet) again starting from scratch a new venture in the water industry, now a very successful enterprise.

Devin and his family are also extremely engaged in social and charitable work but they do it out of the spotlight.

And, again, I would like to illustrate two facts that I am personally aware of.

Firstly, Devin and his family paid very high amounts of money (hundreds of thousands of Euros) to refurbish the roof of a swimming pool, used by many disabled children in a building facility in the municipality of Divignano (close to Lake Maggiore, in Northern Italy). Just across the road from the pool they also built a soccer pitch completely at their own expenses. I assisted them in the negotiation of the related construction agreements.

Secondly, I assisted them in two donations, each of 15,000 Euro, made respectively in 2016 and in 2018, to the Italian Special Olympics Committee.

Certainly Devin is a person with economic possibilities which are out of the ordinary, but I am equally convinced that his generosity doesn't derive from his wealth, but from a quality of the person and of his soul. Devin and his family are one of the rare exceptions where wealth and generosity go along hand in hand. In my personal experience, unfortunately it is usually the opposite.

Devin, as I know him, is a noble, generous, trustworthy person with a greatness of soul that I have never met in my entire life.

He is also an excellent businessman, a man from whom it is possible to learn a great deal, above all that one can do business respecting everything and everyone and this has been a precious lesson for me.

Over the years I have appreciated Devin also as a husband, as a father and as a close friend and our families have shared many wonderful moments together on vacation.

He is a very busy man but even so he never misses a game of his kids at school.

He is also a person who cares very much about others but those who, like him, face life with this absolute – and nearly ingenuous - honesty and trust, sometimes risk not understanding the lack of fairness or honesty which a third party counterpart may instead have.

**GITTI** AND
**PARTNERS**

Devin has a very dear wife, Cristina, who totally trusts, and believes in, him. She is an Italian woman who lives in a country she adores but where she has no family members who can help her at a time like this and who needs the support and presence of her husband, especially considering that they have four children, the youngest of which is only four years old.

This situation for Devin, his family and those who care about him, amongst which certainly myself, has been a tragedy, whatever the outcome. But at the same time, I am sure that Devin has learned from his mistake. At the end, it's not how you fall but how you get up that truly matters and I trust that Devin will be the incarnation of this principle.

If I may, with all due respect, I sincerely hope that you will be lenient with Mr. Sloane and may take into consideration alternative measures of punishment to imprisonment, particularly because the penalty that will be imposed on him will inevitably fall in first instance on his wife and his children.

Respectfully yours,

Carlo Bruno

**Carlo Andrea Bruno**
Partner
**GITTI AND PARTNERS**
studio legale associato

Via Dante, 9 - 20123 Milan (IT)

Tel. +39 02 7217091
Fax. +39 02 72170950
Mobile. +39 334 6203523
carlo.bruno@grplex.com
www.grplex.com | Twitter: @Grplex

7

August 8, 2019

Dear Judge Talwani,

My name is Paola Candiani and my husband is Paolo Borghi. We are 51 years old. I am the sister-in-law of Devin Sloane, who married my sister Cristina.

We are an Italian family living in Milano. My husband is a lawyer and I take care of the family. We have three children who are university students.

Paolo and I met Devin in 1998, some months before their marriage. Devin has from the beginning shown himself to be a very good person, available and sincere, who became very close to our family.
To stay close to his wife Cristina and our family, he gave up residing in the United States to live with Cristina in Italy. He had to give up several entrepreneurial businesses in the United States to work for my father's company in Italy. Devin made a very important contribution to my father's company, by further developing the business in international markets.

In the years he spent in Italy, Devin has established an excellent reputation, both socially and professionally. In addition to this, he has always devoted time and resources to non-profit activities, for example, by organizing recreational sports activities, games, workshops for disabled children.

Devin has also always helped our family in times of difficulty. In July 2002, Cristina and Devin had just returned to the United States for the summer period when my daughter Bianca was admitted to the hospital with serious and sudden health problem and in serious danger of her life. She was suffering from severe anemia and renal block. Devin immediately flew back to Milan to help us. He took over the fulltime care of our other two children allowing myself and my husband to stay at the hospital with our daughter, who was in the intensive care unit.

On a family level, we have always seen Devin as a very caring and attentive father. Devin took his family back to live in the United States after Cristina's and my father passed away, but we continued to visit each other on a regular basis. Devin was always a loving and attentive father and husband and a great uncle to our children.

In 2017, Devin learned that our eldest son, Giovanni, was going through a period of personal difficulty and his university studies in Italy suffered. Devin immediately invited him to spend over a month with his family in Los Angeles. He wanted to spend time with Giovanni and introduce him to a different country and lifestyle, and let him improve his English. Devin has given Giovanni an open invitation to work with him after graduating in Italy and live in America if he so desired. When Giovanni returned to Italy, he was more confident and began to study with renewed commitment. Once again, Devin on his own initiative, reached out to help our family at a difficult time.

Devin is a loving and attentive father who always tries to give the best to his children. This is a case where he used poor judgment but was just trying to help his son. I know how much he deeply regrets his involvement in the crime and the people he has hurt.

I respectfully ask you Judge Talwani to take into consideration Devin's fundamental role within his family, both for the ages of the children (the last two are 11 and 4 years old), and for my sister, who has had a difficult time due to serious health problems and anxiety. Devin is always there to calm her down when she feels anxious and overwhelmed by shouldering all of the responsibilities for my sister and the family. He also takes care of the children. Devin has fully understood that he made a serious mistake and is prepared to remedy it. I am sure that for him, for his family, and, finally, for the community, a sentence of community service would be an excellent way for Devin to pay back for his mistake.

I therefore respectfully ask you to consider the above in your decision.

With respect,

Paola Candiani                                              Paolo Borghi

8

## LAW OFFICE OF MICHAEL G. DAVE

TELEPHONE:
(310) 284-2020

SUITE 500
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064

FACSIMILE:
(310) 478-2666

FILE NO.:

June 17, 2019

The Honorable Indira Talwani
United States District Judge

     Re: Devin Sloane

Dear Judge Talwani:

     I am aware that Devin Sloan is currently awaiting sentencing by you with respect to a federal crime involving mail fraud related to college admissions. I am writing this letter in the hope that you will favorably consider its contents in connection with his pending sentencing hearing.

     I am a lawyer practicing full time in Los Angeles, California since 1965 currently as sole practitioner. I have lived in West Los Angeles since 1953. I am married. I have five adult children, one girl and four boys: my daughter, is a lawyer, currently retired; three of my sons are successful businessmen, my other son is a physician currently retired.

     I met Devin's stepfather, Dr. Michael G. Goldstein, in 1953 when he and I were 9th graders at Palms Junior High School in West Los Angeles and ever since that time to the present we have remained good friends.

     I have known Devin since he was seven years old. I became acquainted with Devin, and his older brother Lance, as a result of my then wife's (now deceased) and my friendship with his mother, Gloria Goldstein (now deceased) and his stepfather. When Devin and his brother were young children, his mother and step father would socialize at my home and they would bring Devin and his brother along and they would play and interact with my children.

     Over the years, I have interacted with Devin and have seen him grow and mature into a very fine young man. My family and I have always had a very favorable impression of Devin. Consistently, from the time of his graduation from the University of Southern California, Devin has been a hardworking entrepreneur in his own business which he started after his graduation from USC, and subsequently his oil and gas business in Italy and America and now in his very successful water purification company.

     Although a hard working business man, Devin is first and foremost a very loving and dedicated family man and a respected member of his community. As his parents became elderly, he was always there for them lovingly providing for them and all their needs.

     I know firsthand of his honesty and integrity. Devin's parents traveled with Devin and his

The Honorable Indira Talwani
United States District Judge
June 17, 2019
Page 2

brother two to three times a year for many years to India to the ashram of a world famous and acclaimed holy man, Sathya Sai Baba. There Devin learned of the human values espoused by Hinduism: truth, right action, peace, love and non-violence. I know him to consistently practice these human values in every aspect of his life.

Devin has also been involved in the non-profit activities of the Sathya Sai Baba organization including boys, teens and girls orphanages in India, the super specialty hospital in Puttaparthi, Andhra Pradesh, India, and projects developed to provide water to various drought areas in South India.

Other than handling a one-time non-business legal matter for Devin, I have not been in any way involved with either his legal dealings or any of his past or present business ventures.

Whatever mistakes Devin has made with respect to the matter currently before the Court, I know that he regrets them deeply and has learned from them. The effects his current situation have had on Devin, his family and his business associates can only be characterized by one word: devestating. Moreover, the effects of any incarceration would be financially ruinous to Devin, his family and his businesses. Knowing Devin as I do, Devin, his family, and the community at large would be much better served by Devin performing public service rather than any other form of punishment.

In view of the foregoing, I urge this honorable court to be lenient in its sentencing of Devin.

Respectfully,

Michael G. Dave

9

July 16, 2019

Dear Judge Indira Talwani,

I am writing this letter for Devin Sloane, who I have known nearly all of my life. Devin has plead guilty to a federal crime involving the College Admissions case. I know that this is a serious offense, and that Devin is very ashamed of his mistake in judgment. But the Devin I know is someone who has been a positive influence on just about everyone who has ever known him, including me.

My mother was the swim teacher to Devin's first two children many years ago. There was no prior relationship between our two families. Neither one of my parents went to college, so during my later years in high school, I went to Devin for advice and help when looking into schools to apply to. Even though he had a very busy life and a family, he always made time to meet with me and give me good advice.

Throughout my senior year of high school, I was recruited to play lacrosse at numerous universities across the country. Although Devin couldn't give me advice about my performance on the field, he taught me about the importance of my grades and work ethic. My athleticism could only take me so far, and as someone who had slacked off in high school, I was in jeopardy of not getting into these schools because of my poor grades. Devin instilled the importance of hard work on and off the field.

Devin was always very positive and motivated me to be my best in whatever I did. By February of my senior year I made a 3.1 gpa, the highest of my high school grades. That meant I was accepted at Thomas College to play Lacrosse and received both Academic and Athletic scholarships. Without Devin pushing me to be a better version of myself, I do not know how that last year of high school as well as college would have turned out.

In the summer of 2015, I volunteered at Heritage Christian High School to help the Italian Special Olympic team. Although I am not Italian, the reason I was there was because of Devin. He had sponsored the entire team to come to Los Angeles from Italy, covering all the costs for the athletes and coaches. He didn't do it so that the local news would do a story on him, nor did he do it for his social media page. He did it as an act of kindness, compassion and generosity.

In the Fall of that same year, I transferred to a new school in Northern California. The Athletic and Academic scholarship I had only covered part of the tuition, and I had to pay the rest. My parents worried that they couldn't cover the cost and it nearly caused me to drop out of school or quit lacrosse.

When Devin heard about the situation, he insisted that he pay for my entire college tuition that semester. That was an enormous gesture, especially coming from someone who was not my relative.

Throughout the last few years I have seen Devin less frequently as we both have busy lives. When I heard about his actions in regard to his son's entrance status in college, I was extremely shocked. It was completely uncharacteristic of him. This is a man who has done nothing but good deeds and hard work throughout the entirety of his life. I am not defending the actions that he chose to do, but rather asking you to look at the man's entire life.

I was the first person in my family to attend and graduate from college, I now have a degree in PR & Marketing and was a collegiate athlete. I am prepared with the proper tools and mindset for a successful future. I credit this all to Devin Sloane. Please allow this really wonderful, caring man to stay with his family. He knows what he did was wrong and has taken responsibility for it. I know he will continue to help others reach their goals.

Respectfully,

Brett Michael Davis

**10**

July 16, 2019

Honorable Indira Talwani,
United States District Judge,

Thank you for taking the time to read our letter regarding our friend Devin Sloane. My name is
Rosana Davis, and I am writing this letter on behalf of my husband Jeff, and myself. We are a family
of four.

Our eldest Brett is twenty-three and graduated from Dominican University in San Rafael, California in
2018. He is the first in my family to do so. He played Lacrosse in middle school, high school, and all
through college. And in the interim we expected him to work at least part time and keep up with his
grades. We are very proud of our son. He stuck with Lacrosse and we feel it did keep him out of
shenanigans. He currently is Head Lacrosse Coach at Notre Dame College Prep in Sherman Oaks,
California.

Jared our youngest is twenty-one and is currently attending Colorado State University, and majoring
in Electrical Engineering with a minor in Japanese. He is studying in Japan this coming summer.
Both boys graduated from Chaminade College Preparatory in West Hills, California.
My husband Jeff was born in Maine. He is an Actor/Handyman and works very hard to provide for
us, almost to a fault. He is a wonderful man. Every penny he earns is for us, and especially our boys.
We both have tried our very best to guide our kids in the right direction.

I am a swim teacher, born and raised in Los Angeles, California to Mexican immigrants. I have been
teaching swimming for twenty-four years. Sometimes it is difficult to make ends meet on what Jeff
and I make but God is very kind to us and always seems to put certain situations and people in our
path for a reason.

I started my own swim business in 2000, and have worked hard to make it what it is. Its success is
able to provide for my family, especially for my kids and their education.

Your Honor, we have known Devin, and his family for sixteen years. I was Matteo's swim teacher
then ████ , ████ and now the Sloanes' three-year-old daughter, ████ s. From the first lesson
with Matteo, I knew they were good, decent people. No airs in their demeanor only humility. Jeff and
I in the past used to host Taco Nights at our home. On one of those nights we invited Devin and
Cristina and to our surprise, they showed up. On various taco nights I would ask Cristina to help me
by baking brownies. She never said no and I am sure if I had asked Devin to bake them he wouldn't
have said no either.

Our family has been included at many of their family's dinners, baptisms, birthday parties, movie
nights, and memorials. Devin and Cristina have always made us feel like we were one of the most
important guests at their dinner table. In Devin's busy life, he always took the time to ask Jeff about
his acting career and will even call or text him no matter the time, to say that he had just seen him on
TV. I can tell you those calls meant so much to Jeff. And he always grilled me about my boys.
Making sure they were okay and if they were doing well in school.

Whenever the Sloane's traveled, I would ask them to please bring me back a religious relic from their
destination. I have a beautiful figurine of Our Lady Madonna holding baby Jesus, and a necklace that
Devin picked out for me to wish me well.

Last year, Devin and Cristina were invited to meet Pope Francis, and they in turn brought me home a
beautiful opal Rosary. I have so many rosaries from their trips that I can only hope I will use them all
in my lifetime. There are many, many other kind gifts they have given me but I truly treasure these
the most.

Judge Talwani, because I have such respect for our justice system and for Your Honor, the words I write are not without true regard. It is very important that I try to get my feelings across in hopes that you may understand the love, respect, faith, and appreciation I have for Devin, his family, and the impact of incarcerating a man who is a garden of good deeds. Contrary to his financial success, Devin has had to work hard for what he has. He started as a teenager washing cars, and turned that into a successful business. His kids are the most important things to him. ▮▮▮ is such a daddy's little girl that I have had to ask Devin over the years not come down to the pool area to watch ▮▮▮ swim with me because as you can imagine ▮▮▮ gets silly when Devin is there. He encourages them to each work hard. Like all fathers he just loves them so much. He has been such a support to Cristina, and her father before he passed. He took such wonderful care of Cristina when she had her double mastectomy last year, and most recent with her follow up surgery. Devin's family, friends and people he doesn't even know are important to him as well.

About five years ago our son Brett's friend committed suicide. Andrew was almost eighteen and a twin. I was in complete shock but I remember telling Cristina about Andrew over the phone. About a half hour later Devin called and said, "Please ask Andrew's mom if I can do anything for them, anything." Your Honor, only certain people are special enough to stop, and think about others even if they do not know them. I will never ever forget that. I knew what Devin meant. He was offering a single mom monetary help.

It was the summer of two thousand fourteen when I received a call from Cristina asking if my family would please help her and Devin with the Italian Special Olympics Team. I wasn't sure what that meant but of course, we said," Yes!" I just remember being asked to meet Devin and Cristina at one in the morning on the corner of Sepulveda Blvd and Burbank Blvd in Sherman Oaks, California. When we arrived, we saw many of the Sloanes' other friends there that were also asked to help. Then, three charter buses showed up with the Italian Special Olympics team. I can remember all of us helping the kids and adults off the buses, and then help take their belongings to the hotel rooms. That night was a big blur but I found out later that Devin and Cristina were hosting/paying for the teams lodging, food, transportation and everything else during that competition week in Los Angeles. When our son Brett applied to Dominican University, we knew the tuition was high, but even with a Lacrosse scholarship the expense was more than we expected. Cristina and I were having lunch and she asked about my kids and I mentioned that Brett was accepted to Dominican University. Your Honor, Jeff and I have never been the kind of people to complain about our economic difficulties. But this particular day I felt very vulnerable and I told Cristina about my problem and how we made a commitment to our children that their job was to get in to a university and our job was to pay for it. My swim season was not in full force yet. Later that afternoon, I received a call from Devin committing to pay Brett's first semester's school tuition. I was dumbfounded and in complete shock. That kind of generosity I would say only comes from a family member not so much a friend. No one in our respective families could or offered help. God really did perform a miracle through Devin and Cristina that day.

I have always been honored to be considered a friend of the Sloanes. We have had differences of opinion on almost every topic on earth but for every difference, I have grown to cherish them even more. Not just because of their generosity but because their example of generosity and kindness. Jeff and I in turn have done for others in smaller capacities, like what was done for our son Brett. Devin's mom in her last years was suffering from Alzheimer's. Cristina and Devin were responsible for Grandma Gloria financially and spiritually. I remember personally watching Cristina and Devin's commitment to his mother's welfare, always making sure the nurses attended to Grandma Gloria properly. She was always clean and coiffed. Devin would say it was important that she continue to maintain her dignity. I know that Devin would also accompany his mother to various doctor appointments and he was there through her surgeries and all her needs. Devin adored his mother. Our family is aware of Devin's involvement in the college admissions scandal. We are shocked and disappointed. Yet, we know Devin as the man he is, the man who does good for everyone around him. His will, his heart, and his spirit, are not in your everyday man. He has given so much to his

friends, family, strangers, and community that we may never really know how many he has truly helped along his path.

With all that said, it is in my humble opinion that putting a man like Devin in jail would not do any good for anybody. In fact, it would impact his family to a great degree. He has three children at home all under the age of sixteen including a young daughter. It is our belief that leniency in this case would make sense as Devin has always been a hardworking, upstanding, and law-abiding citizen. Our world would be better served if he continues serving our community. Although his judgment in this situation was definitely flawed, his good judgment and good will exceedingly outweigh this one poor situation, and it should not define who Devin Sloane is.

Judge Talwani, thank you for being so kind in reading our letter. May God bless you, and the work you do.

Yours Respectfully,

Rosana Davis

**11**

May 21, 2019


Dear Judge Talwani,


I feel as if I have known Devin Sloane forever. He is the brother of my son-in-law Lance Sloane who has been married to my daughter for 32 years.

I was very close to their mother Gloria and knew the love that was there throughout their lives. She raised them with love, teaching them the values that they carry with them today. Respect, compassion, truthfulness and integrity.

When Devin married, and they started their family is when he blossomed. He was meant to be a father. I have enjoyed watching the way he has devoted his life to them.

They have always contributed heavily to charitable organizations and have been very active in their community and schools for their four children.

As a Grandmother, I am around many parents and I watch the ways that they interact and behave with their children. When I see Devin with his children, I am very impressed by his character as a father, husband and as a caring, compassionate human being. His mother would be very proud!

Respectfully,

Linda Gray

**12**

Joshua Haacker


May 1, 2019
The Honorable Indira Talwani
United States District Judge

**RE: Letter of reference on behalf of Devin Sloane**

Dear Judge Talwani:

I am the Managing Partner of Muldrow Partners LLC, an advisory and investment firm that partners with companies striving to implement water, clean energy and climate solutions. I am a resident of Los Angeles, CA where I live with my wife and two children.

I am aware that Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions and appreciate the opportunity to submit this letter of reference on his behalf.

I have known Devin since December 2015 and have worked for him at his company, Aquatecture, LLC, over two different periods since that time. The first was for a short-term business development engagement during the first half of 2016 and the second was from August 2017 through April 2019 as Chief Investment Officer. During that time, I had the chance to meet Devin's wife, his four children and a number of his extended family members and friends.

Devin is incredibly family-oriented and prioritizes commitments to his family above all else. He speaks frequently and proudly of his children in the office, and each has visited him there more than once. Devin and his wife are extremely generous, both with their time and their money. Two of the non-profit organizations they support are also connected to the team at Aquatecture – the office manager, who is Italian, was hired by Devin after they met while hosting the Italian Special Olympics delegation in Los Angeles, and the former Investor Relations Manager had previously worked with Devin at UNICEF.

Devin's vision for Aquatecture is to solve the world's greatest water and wastewater problems. Under his leadership, the company is seeking solutions to ensure safe and reliable access to drinking water and the protection of the environment through new wastewater technologies and systems. The company strives to incorporate an educational component, primarily targeting children, into each of its water projects. As head of the investment team, I executed against Devin's mandate to identify investment opportunites that were both profitable _and_ had a broader social or environmental benefit.

pg. 1

I believe that Devin regrets his role in the college admissions events, and has learned from his mistake. The situation has been incredibly difficult for him, but particularly so for his family. As a husband and father myself, I can only imagine how difficult this period has been.

I respectfully request your consideration of Devin's sentencing in the broader context of his role as a generous benefactor, social-minded professional, husband, and father, and hope that you will consider leniency in your sentencing.

Respectfully,

Joshua Haacker

**13**

July 17, 2019

Dear Judge Talwani,

My name is Mike Hamilton, I am a teacher and coach at the Buckley school in Sherman Oaks California. I've coached all three of Devin Sloane's boys; Mateo in football, ▓▓▓ in football and basketball and ▓▓▓ in basketball.

I've been teaching at the Buckley school for 16 years. I am also the high school varsity boys basketball coach. I've won multiple championships on the high school level and in middle school. I also started a program called AAMMP, the African American Male Mentorship Program. It's a program designed to help African American boys navigate our independent school and provide consistent, daily support.

While I truly enjoy teaching, coaching and mentoring, sometimes the highlight of my day is actually meeting and interacting with parents before and after games. I am a demanding coach. I believe that students should try their very best at all times. There is so much to learn from team sports, and everyone has to do their part. I teach my students that a team is only as strong as its weakest link.

Buckley is a private school and many of the parents are affluent. Sometimes my coaching style is unfamiliar to many of the parents and students. As I look back on my career, the things I remember most are the parents that supported me as I groomed, developed and tried to bring out the very best in their children.

Devin Sloane was at every game that I coached Mateo, ▓▓▓ and ▓▓▓. He was there before the game started and was usually the last parent there. He would often walk with me off the field, off the court and even to the parking lot. Afterwards, we never discussed the game, the way his kids played or the result. Devin would ask me, "How is your family?" "How are you?" "Are you happy?" I found this pretty unusual. I have coached a lot of kids and been around a lot of parents and no one ever asked about me or how I was.  My background and lifestyle are much different than the kids and parents that attend Buckley.

I was born and raised in South Central Los Angeles. This is a tough community with gangs, violence and chaos around on a daily basis. I am the youngest of three boys. My mother worked at the DMV. We never had a car and took the bus most places to get around. My mom made $650 a month. $250 went towards rent, and near the end of the month we had very little food. We relied on friends and family to make it often times. My mom bussed us to the San Fernando Valley for school to get us away from the gangs, and kept us in church.

I never met my father. But growing up, the men in church and my teachers meant everything to me. I was the first person in my family to ever go to college. I graduated in 5 years with a degree in African American studies and a degree in Political Science from UCLA.  I paid my way through school cutting hair, working on campus and coaching at the YMCA.

I say all this to explain that despite where I came from and my coaching style, Devin Sloane has been an amazing parent and supporter. He never criticized me in public or private about the way I coached his sons. He never even questioned me about it. He would often tell his kids to work harder if they wanted to play for Coach Hamilton. Study your plays and know what you're doing when you get out there. I

should also mention that Devin is a warm, loving parent. He has an easy way of communicating with his sons. Yet, he has always supported me.

His comments to his sons are very rare at my school. Usually parents complain to administrators and others about the coach. I didn't know this until later, but Devin was on the school board, as a trustee. He could have made a lot of noise and complained about me, but he never did. Instead he told his kids to work harder.

Devin's attitude and demeanor towards me has always been supportive, kind and caring. When he saw my kids, he always had a nice comment or compliment for my children. He would say your kids are so well behaved and nice. He would say things that he didn't have to. Devin did this for five years and never asked me for anything. Frankly, I was waiting for him to ask me to play his sons more. Give his sons special treatment, or be nicer to his sons, but he never did. I truly believe Devin Sloane is an amazing man and father. I don't cut anyone any slack and see right through things that are disingenuous. I know when parents are playing angles, want or need something from me.

I no longer coach Mateo, ███ or ███, but Devin still calls me. He sends me videos of his kids. He checks on me and asks me the same questions he always has. I realize he does these things because he genuinely cares. We have two completely different lifestyles, but yet he considers me his friend.

Two years ago, while I was coaching ███, we won a football championship and a basketball championship. After the game, he took the entire team out and gave me this really big trophy. He had the trophy engraved and it said "COACH OF THE DECADE" on it. It had John Wooden quotes on it as well. After the basketball game. He was insistent that my family come to the restaurant. He presented me with this really large trophy in front of my family, the team and everyone in the restaurant.

What I also remember is that ███ was not a starter on that team. He didn't play a lot. I marvel at why any parent would do something so kind and so genuine. I am a very strong and prideful person, but as I think of all of this as I write it, I begin to cry. My wife puts up with me giving so much of my time and energy to the kids that I coach during the seasons. It meant a lot to me that she was with me the day I received the trophy. My kids will never forget what they saw and heard that day either.

Your honor, I can honestly say that I have a lot of love for Devin. He's been a brother and friend to me. He's been extraordinary to me and my family and has never asked for anything in return. He is a genuinely good person with a great heart. I can say this only because I've seen it and felt it.

I am not familiar with all that has taken place with Devin and his legal issues, but I can say this with great conviction and humility, that Devin does not belong in jail or prison. I can't imagine life for his three boys without their father. As someone who grew up without a father, this for me is unimaginable. I am deeply saddened over this. I hope and pray that Devin doesn't spend time away from his family. I pray that this letter sheds some light on the person I have come to know and love.

Respectfully,

Mike Hamilton
Teacher

**14**

May 10, 2019

The Honorable Indira Talwani, United States District Judge

Dear Judge Talwani,

I have been a close friend & business associate of Devin Sloane for over 17 years.  I am writing this letter to provide the Court with my experience with him and to ask for leniency in his case. I aware that Devin has pleaded guilty in a federal fraud case involving college admissions.

I have been married for 33yrs, have 2 sons, 2 amazing daughters-in-law and now we are blessed with 3 grandchildren. My family means everything to me and I would trust Devin with any member of my family. I would like to give you an important example, one of many interactions between myself and Devin Sloane which show his true character.

In 2008, I was a real estate developer in Arizona, Utah and New York. Our small company had grown to be an inter-state development company. We were building residential, mix-use and hospitality. I had met Devin Sloane years before through his brother.  At the time, I was also investing in TV & Film.

Devin and I formed a partnership and created a Film Finance & Development Company with others. Each partner contributed significant capital and we made the decision to secure a line of credit in which each one of the five partners had to provide financial statements and personal guarantees.

From 2007 – 2009, the company made one movie that went to the Sundance Film Festival, and developed two other projects. Then the effects of the Real Estate downturn really began to affect 3 of the five partners of which I was one of them. We were facing the possibility of personal bankruptcy. It did not affect Devin as he was primarily in the Oil business.

At the same time, the bank loan for our film company had matured and was nearly 7 figures. I immediately called Devin and met with him to explain that I may be faced with personal bankruptcy and that even if I didn't file, I was in no position financially to provide my portion of the loan. Devin told me not to worry and that he would cover me. I promised Devin that I would work tirelessly to try and monetize the two remaining assets in the company with the hopes that he would be made whole. This was not and never has been a condition of Devin helping me out.

Devin's actions saved me from bankruptcy in that situation and, if that wasn't enough, he offered to help me get back on my feet in the real estate development business, remodeling homes.



If Devin had not stepped in to help me during this unfortunate time, it would have resulted in me having to sell my home and liquidate all my assets. This would have devastated my family and well-being. Devin let me out of my moral obligation for the greater good of my family and did not enforce the agreement. I will forever be grateful.

From my recent conversations with Devin, I know he is ashamed and deeply hurt by the decisions he made and the negative effect his actions have had on his son, family and society. I know that Devin will work tirelessly to rectify this situation and repent.

Judge Talwani, I implore you to consider the consistent historical actions by Devin depicting honor, dignity, honesty, responsibility and charity as being the true foundation of whom Devin Sloane is as Son, Father, Husband, Friend and valuable member of society. It's sad but true that you can spend a whole lifetime building an honorable reputation and lose it in seconds. But you can't change the essence of a person. Devin is an honorable, gracious and humble man who made a mistake.  He has admitted his mistake and wants to repay his debt in a way that gives back to society.

In closing, I ask that you not take Devin away from his family as they need each other now more than ever. I ask that you also consider the countless organizations like the Special Olympics, and people like myself that rely upon him. I assure you he will diligently perform any form of community service and repentance you may impose.

Respectfully yours,

James W Henrie

**15**

May 8, 2019

The Honorable Indira Talwani
United States District Judge
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Talwani,

I write to you today on behalf of my colleague and client, Devin Sloane, who is being sentenced with respect to a federal crime involving mail fraud related to college admissions. My name is Emily Distel Herman, I am a small business owner and former Deputy Director, Southern California for UNICEF USA. Since leaving UNICEF USA in July 2017, I have been working as a consultant to nonprofit organizations, foundations and family offices who are making meaningful, scalable impact on the world. My husband and I now reside in Boston, MA and we are expecting our first child, a daughter, in September.

I have known Devin since early 2014, when, as Major Gifts Officer for UNICEF USA, it was my job to engage Devin and his family in UNICEF's work to save and protect the world's most vulnerable children. Devin and I struck up a great rapport early on. I was especially impressed that when Devin promised to do something - from returning my phone call to executing 5-figure philanthropic gifts - he always followed through. Devin sought no special recognition or fanfare, he was only low-key, straightforward and extremely generous. I worked one-on-one with more than 120 major donors to UNICEF USA, but Devin was truly exceptional.

When I left UNICEF USA after 8+years to relocate to Boston, Devin asked that I help him with his family office and new social enterprise, AquaTECTURE. I agreed without hesitation because of my deep respect for the way that Devin works and because I was inspired by Devin's decision to harness his capital to accelerate the transformation of the water sector - a challenge so expansive and expensive that few private investors have dared to take it on. At AquaTECTURE, Devin asked that I help him meet other philanthropists and mission-driven investors who have an interest in water. In the 18 months that followed, I became even more impressed by Devin's focus and work ethic, and by the quality of the team at AquaTECTURE. They are smart, innovative, professional, creative and nimble. Devin has attracted top talent to his firm because of who Devin is - a person of the highest integrity and aptitude.

Most recently, Devin and I have been working in conjunction with Special Olympics to build an independent school-based program that will expand one of Special Olympics' marquee initiatives - Unified Sports - into new communities in Southern California and

beyond. Unified Sports encourages athletes with and without intellectual disabilities to play sports together on the same team. It's inspired by a simple principle: training together and playing together is a quick path to friendship and understanding of our differences.

It's this most recent work where I've seen Devin light up from within. He is so passionate about improving access and inclusion for people living with intellectual disabilities and he's actively working to build new ways to share the Unified Sports movement more widely. Devin embodies the true meaning of an altruist, and I know that this is only the beginning of his philanthropic journey.

Judge Talwani, I hope that you will consider leniency in Devin's sentencing. He has learned from his mistake and is deeply remorseful. Our community will be so much better off with Devin working among us, rather than from behind bars. I thank you for your review and consideration of this letter and I welcome the opportunity to answer any additional questions that you might have.

Respectfully,

Emily Distel Herman
EDH Consulting

**16**



children first.

May 16, 2019

The Honorable Indira Talwani
United States District Judge
c/o Nathan Hochman, Esq.
Morgan, Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109

Dear Judge Talwani:

I write to share with you the partnership I have enjoyed with Devin Sloane over the past five years in my role as Regional Managing Director, Southern California, for the United States Fund for UNICEF, doing business as UNICEF USA.

UNICEF was founded in 1946 to help children in postwar Europe, China and the Middle East. Since then, UNICEF has helped save more children's lives than any other humanitarian organization, and it depends entirely on voluntary contributions. UNICEF USA was established in 1947 to support the work of UNICEF and other efforts on behalf of the world's children through fundraising, education and advocacy.

It's been my pleasure over the past five years to work with Devin in his involvement with UNICEF USA. Devin has been a donor since 2010, contributing significant funds to bolster UNICEF's global programs. Devin, particularly, has been generous in supporting UNICEF USA's partnership with Special Olympics. The exciting partnership is designed to support programs around the world that look to create change for children with disabilities by championing their rights and promoting inclusion.

We were excited last year to begin exploratory conversations with Devin and his company AquaTecture, to help deliver clean water and sanitation systems to several districts in Peru identified by UNICEF to be the most urgent in addressing the well-being of children and their families. Devin voluntarily involved members of his team to talk through solutions and services that his company may contribute in-kind to help UNICEF make transformational impact on the ground.

Every day 15,000 children lose their lives due to causes we already know how to prevent. I've admired Devin's commitment to not only contribute generously of his time and resources, but I've been most inspired by his concern and values-centered approach to engaging his family in UNICEF's mission as well as rallying his network to put children first globally.

I look forward to our continued partnership in working to ensure every child can reach his or her full potential.

Respectfully yours,

Amber J. Hill

**17**

July 16, 2019

The Honorable Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

My name is Dr. Eric M.V. Hoek.  Over the past 17 years, I have been a UCLA environmental engineering professor focusing on understanding, improving and applying membrane technologies to water treatment, desalination and reuse. I have over 200 scientific publications (on Google Scholar), over 70 patents filed worldwide on membrane and desalination technologies and I am the Editor-in-Chief of the Nature journal *npj Clean Water*. In addition, I have been a co-founder of six water technology companies based on my UCLA inventions and industry experience, where we have developed a number of technologies and projects related to water treatment and desalination. I have also served as an advisor to various municipal water authorities and private companies on the design, operation, maintenance and upgrading desalination and water reuse plants.

Over the past 3-4 years, I have had the opportunity to get to know Devin Sloan, and recently, I was briefed by Mr. Tom West on the scope of the Alamitos Resiliency Project's seawater desalination facility.  I believe Devin's vision, leadership and continued involvement is critical to the timely success of this seawater desalination project. He is also investing in innovative, new water technologies, which will ultimately be critical to develop innovative and cost-effective water supply solution to Southern California's perpetual water shortage problems. The technologies that he has directed his team to use for the Alamitos project are quite innovative, and will help to both deliver lower energy consumption at the Alamitos project and to advance the state of the art for seawater desalination. Also, his vision to capture, treat and reuse stormwater runoff with the desalination facility will remove significant amounts of trash, copper, and zinc that would otherwise pollute the nearby beaches coast waters. These, and other innovations of the project, will be valuable contributions to the water industry and to improving the lives of local residents with a new source of clean, reliable water.

I believe that Devin's continued, uninterrupted involvement and leadership in the Alamitos Resiliency Project will be critical to the project's success, and his dedication to commercializing innovative technologies that the water industry needs will allow us to more sustainably meet future water supply challenges in California. As such, with the utmost respect for this Court and your duties as Judge, I feel incarceration as punishment for Devin would be detrimental to bringing these important innovations to good and valuable use.

Respectfully,

*Eric M. V. Hoek*

Eric M. M. Hoek, Ph.D.

**18**

June 28, 2019


Dear Judge Talwani,

Please accept this letter in reference to Devin Sloane.

My name is David Ireland. I am a 53 year old resident of San Dimas, Ca. I have been married for 27 years and am the father of 3 children between the ages of 17 and 22. As General Manager, I operate our family business (an International Grocery Store) located in Redlands, Ca. which my family built and opened in 1996. I have been active in the Redlands and San Dimas communities as a businessman, Little League and Pony League baseball coach, as well as an active member of Christs' Church of the Valley in Covina for the past 20 yrs.

I am aware that Devin is being sentenced with respect to a federal crime involving mail fraud related to college admissions. I have known Devin as a friend since 1980 when we met in High School. I have always known Devin to be kindhearted and considerate.

Our paths crossed only occasionally in the years after high school as we were both hard at work and pouring ourselves into our families. I would speak to Devin from time to time and it was always good to hear from him. Recently (just under 2 years ago) Devin called to check in on me when he became aware that my Son ████ was in the middle of a life-threatening battle with brain cancer. At 15 ████ had just come out of his 2ⁿᵈ brain surgery and was beginning another round of chemo and immunotherapy at Children's Hospital Los Angeles. During the conversation Devin invited us to join him in attending the Special Olympics. He was hosting a contingent from Europe for the event and generously offered to include our family. We were unable to attend due to our circumstances, but shortly thereafter, to our surprise, we received a generous check in the mail from Devin and family to help with Gage's medical expenses. Not sure Devin realized it, but his generosity allowed our family to stay current with the added out of pocket medical expenses related to ████ procedures and treatment without having to liquidate assets to do so. Devin would check in with me periodically and

Scanned with CamScanner

would always ask if we needed anything. He always conveyed that it was his honor to help and encouraged me to reach out if there was a financial need.

From talking to him, I believe Devin has learned a hard lesson from this mistake. I also know he will continue to be a positive contributor to all he comes into contact with in his community and beyond. He is extremely concerned for his wife and children. I would hope that punishment alternatives (such as community service) be seriously considered as an alternative to incarceration as I believe our community would certainly be better off based on his generosity, both in terms of financial and personal support.


Respectfully,

David Ireland

**19**

May 1, 2019

The Honorable Indira Talwani, United States District Judge

Dear Judge Talwani,

My name is Sujana Jukes. I am a mother of two and a stay at home mom. I have known Devon my entire life, as his mother Gloria was my godmother.

Devon is 14 years my senior and has always treated me like his sister, he is a good man. He is kind and generous with his time. Most young men would not have taken the time to include an awkward teenager in their life. However, Devon always did. He showed me the projects he was working on and explained how and why he thought they would succeed.

I remember when I went to his apartment in Hollywood and he was showing me one of the paintings in his apartment and he was so excited about it. At first, I thought it must be because it cost a fortune as I am not an art enthusiast, but it was because he had been given a piece of Cristina's family history and that meant the world to him.

He is a family man who loves his family and his friends more than anything in the world. I have witnessed the kindness and generosity he has showered on all around him. He and Cristina would visit me in my dinky little apartment next to the freeway. They would share my attempts at home cooking with only praise and love.

He has raised his children with values and respect. And to me that is more important than anything. I do not believe he would intentionally jeopardize his relationship with his children. I remember visiting and sitting in his study watching as he went over his kids homework with them. Helping ████ rehearse a speech for school and helping ████ with his math's homework. He also has a three-year-old girl, ████, who deserves the opportunity to have Devon with her. Please be lenient for his family's sake.

He has always been a friend to me, and I love and respect him please think kindly of him.

Respectfully,

Sujana Jukes

**20**

April 29, 2019

The Honorable Indria Talwani
United States District Court

Dear Judge Talwani,

I am writing this letter on behalf of Devin Sloane, whom you will be sentencing for a federal crime involving mail fraud related to college admissions. My words to you not only come from my heart, but also come from a place of understanding of the man who will stand before you on the day of sentencing. I ask your indulgence to allow me to communicate with you my knowledge and understanding of this truly decent human being, Devin Sloane.

My name is Michele Kaplowitz and I am 74 years old. Raised in New York, I currently live in Medford, Oregon with my husband, daughter and son-in-law, and two grandsons. We have another daughter and two more grandchildren who live in Montana. I was twenty-four years old when I left New York on a spiritual quest to India. I lived at the Ashram of Sri Sathya Sai Baba for approximately fifteen years. This is where I first met Devin, he was about nine years old. I became fast friends with his mother Gloria.

Some of our teachers' words were "Be Good, See Good, Do Good, Love All Serve All" and so much more. Through the years of his many visits, I saw Devin mature and put these words into practice. It is one of the reasons he developed the clean water purification system. It's a business that would benefit the planet and to leave a legacy for his children.

When his mother was diagnosed with Alzheimer's and in need of constant care, it was Devin and his wife, Cristina, who stepped up to take care of all her needs. Devin visited his mother almost daily, providing her with total love and devotion. Though she could no longer speak and was totally incapacitated, it was extremely important to Devin that his four children know and understand that their grandmother had great love for them. Devin and his family continued to provide loving contact with Gloria, such as home visits, birthday functions and outings, even though her physical limitations were extreme. When his mother passed, much to our sorrow. To help fill the gap and loss Devin had me act as a surrogate grandmother and this allowed me to share so intimately in his family. What a great privilege Devin provided for me to share in the love of this great family.

Devin is a man of sweet and good character. He loves his wife and loves his children with great passion and concern. I have personally witnessed Devin's interactions with his children, rehearsing speeches, helping with homework assignments, reviewing spelling tests, and anything and everything that his children required. He provides loving support, spiritual guidance, and total dedication to ensuring his family's happiness. One morning I was asked to wake up his son, Leo. What a pleasure that was for me to see this boy's beautiful, smiling face. I told Devin how happy that moment made me. Devin said, "yes, I know. I experience it daily". His family is his greatest asset as well as his most abundant joy. Devin is the bedrock of his family and they need him to be there.

The many charities he helps financially support are numerous and varied. He loves people for who they are, not for what they can do for him. One time I expressed to Devin my appreciation for what he had done for Special Olympics, Devin's reply was "what Cristina and I have done for the Special Olympics' team is nothing compared to the joy those kids have given to us".

Devin's joy for the good deeds he performs for his family, his friends, his many charities, and his employees is bringing happiness to their lives. He is a teacher to many, a mentor to a few and a true example of a person who continually shares his many blessings.

As human beings, we are all flawed and fallible. However, the character of a person is not found in his mistakes and indiscretions, but in his amends. Your Honor, Devin Sloane will stand before you for sentencing for a federal crime. I ask you to please look beyond his crime and look into the heart of this decent and caring man. Devin made an error in judgment and a big mistake. Please look beyond this misstep and into the past, present and the future of this kind and generous human being. He will stand before you, heavy in heart and forever repentant — but with hope in his eyes that you will be able to see and believe that he is a good person who has the potential for making the world a better kinder place for many.

Your Honor, Devin has already paid dearly for his mistake and is devastated for the impact that this has had on his family. If you will please give this man another chance, I give you my word that Devin Sloane will make you proud and happy that you gave him the break he truly deserves and has earned over his lifetime of service.

Respectfully yours,

Michele Kaplowitz

**21**

April 27,2019

The Honorable Indira Talwani, United States District Judge

Dear Judge Talwani,

I am Richard Kaplowitz, I am married to Michele Malvin Kaplowitz and have two daughters and four wonderful grandchildren. I have been retired for the past 9 years. I spend my time teaching meditation and gardening.

I had the pleasure of meeting Devin Sloane for the first time over 40 years ago. I was driving in the car of a dear friend Dr. Michael Goldstein when he went to pick up his future wife Gloria and her two sons Lance and Devin Sloane. As I was told in that car ride. Gloria's ex husband never paid any support and left her without any money and they were all eating cat food to survive. I think this part of Devin's life had the biggest impression on his future life. I saw how kind and caring he was over the years to come. A few years ago he and Cristina sponsored the entire Italian special Olympics group of over 100 people. It was not just money that he gave it was a hands on of caring to make sure everyone was having a great time. He organized and paid for events, dinners and hotels. He interacted with the children and parents. Another incident that comes to mind is a lunch that I had with my wife and Sloane family, at a restaurant at the beach in Santa Monica. As I drove up to the restaurant parking lot Devin was waiting outside. The parking lot was full and Devin only wanted to make sure that I found a parking space, so he ran up and down the lanes looking for a spot for me. I have never meet anyone that would do something like that. He is so kind and loving. This is Devin Sloane.

I lived in India for about 10 years at Sathya Sai Baba's ashram from 1985 to 1995. Devin and his family would come and visit Sai Baba many times a year. We would have meals together and I would see his devotion and love that he had for his teacher. Devin life is a path of love, devotion and just caring about others. It is a giving life. My wife Michele introduced Cristina to Devin in India at the Ashram and received the Blessing of Sathya Sai Baba for their marriage. When Devin and Cristina were not sure if they should marry or not because it was basically an arranged marriage and they really did not know each other at the time. My daughter Sujana was talking to Cristina in one room and I was talking to Devin in another room telling each the it would be a good life and that God would help them and take care of each of them and not to worry. He understood that family, friends, good deeds, and true kindness are the paths of love. It has been that kind of life until now. So many tears and pain have been caused by this mistake. To me the world needs Devin Sloane's to do the wonderful beautiful things he has done. Your honor please be kind and take into consideration and see who Devin Sloane really is.

Respectfully



Richard Kaplowitz

**22**

 

May 1, 2019

Honorable Indira Talwani
United States District Judge

Dear Judge Talwani:

As a matter of introduction, I am a single semi-retired woman currently serving as an Advisory Board member and lecturer at California State University Long Beach, Sports Management Master's program and a Board member of Prime America Credit Union  I also work sporadically with Quint Events, a sports ticketing agency.

I am aware Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions.  I was astonished to learn of the charges inasmuch as Mr. Sloane has been nothing short of a man with integrity, honesty and an unselfish character as attested by his incredible support for individuals with special needs.

I met Mr. Sloane after I was hired by Special Olympics as Vice President-Host Town in 2013 for their World Games in Los Angeles which would take place in August 2015.  My directive was to secure nearly 100 cities from San Luis Obispo to San Diego as Host Towns.  Each community would agree to host up to 100 of the 10,000 Special Olympic athletes for three nights and two days prior to their Olympic competition.  Cities and organizations stepped up to accept the approximate $50,000 responsibility for accommodations, meals, training facilities and activities.  There was one exception, Devin Sloane.

Mr. Sloane not only accepted the total financial responsibility but agreed to host one of the largest countries, Italy, with 157 athletes.  He not only underwrote the entire three days of training, hospitality, accommodations and meals but was totally hands on.  For instance, when




Page 2
May 1, 2019

the Organizing Committee hit a snag in the transportation of Special Olympic athletes from the airport to the hotels, Mr. Sloane personally secured buses, met the Italian delegation, transported the Italian Special Olympic athletes from the airport to the hotel and even helped unload the luggage. Mr. Sloane had a general concern to make certain these Special Olympics athletes were treated with the utmost hospitality. It was late, the athletes were tired and hungry, and the restaurant was closed. Mr. Sloane quickly made arrangements to open the restaurant and he and his friends made cheese sandwiches for the athletes. He even encountered one athlete with Obsessive Compulsive Disorder (OCD) who was distraught because there wasn't a table cloth. Mr. Sloane personally found placemats to cover the table which eliminated the anxiety of the concerned athlete.

As aforementioned, as part of the Host Town, the city or organization was given the task to provide accommodations, training facilities and fun activities. Mr. Sloane went above and beyond in all categories. He arranged and was present at every activity. The hotel and training facilities were outstanding. For their fun activities, the Special Olympic athletes visited the Getty Center, visited a fire station and toured Santa Monica Pier. On the last evening of their Host Town, Mr. Sloane arranged a spectacular dinner at Universal Studios complete with greetings from cartoon characters and private access to the very popular tram ride. I encourage you to view "Special Olympics Team Italy in Host Town West LA" on "You Tube" for a recap of all the great events Mr. Sloane hosted for these very special athletes. It is truly heartwarming.

His hospitality didn't end after the three days of Host Town. He called to tell me what a great experience he had hosting the 157 Special Olympic athletes. He relayed that his wife, Christina, when asked about what she wanted for her upcoming birthday, her wish was to see the Italian Special Olympic athletes. Mr. Sloane made special arrangements with the Italian delegation to bus the Special Olympic athletes and their families to a private dinner complete with a Gospel Music performance at House of Blues the night before Closing Ceremonies. When Mr. and Mrs.




Page 3
May 1, 2019

Sloane arrived, the curtains opened and the athletes on stage sang Happy Birthday. It was so magical, and the athletes were so excited and appreciative. It still brings tears to my eyes. They dined, sang, danced and repeatedly hugged and thanked the Sloanes. At the conclusion, the Special Olympic athletes and their delegates had one special request of Mr. Sloane. . . to walk with them into the Coliseum for Closing Ceremonies.

Each of the Host Towns shared many wonderful experiences they had with their Special Olympic athletes. However, the one known as "West Los Angeles Host Town" was by far the most spectacular in terms of Mr. Sloane's extraordinary monetary contribution and the personal hands-on approach he provided for a truly unforgettable experience for these athletes.

Based on Mr. Sloane's exemplary contribution to the success and happiness of the Special Olympic athletes, I was more than astonished when I learned Mr. Sloane was accused of a federal crime. With his upcoming sentencing I sincerely appeal to you to consider his contribution to some very special under-served athletes and his devotion to his lovely family and young children. Any incarceration would put a heavy burden on his wife and children and keep him from his work which has permitted him to provide support of the less fortunate. I am certain he has learned from his mistake. His sincerity and compassion for people who struggle in their daily lives to simply be accepted in society is beyond reproach.

I personally, professionally and on behalf of Italian Special Olympians plea for your consideration and leniency.

Respectfully yours,

Joann Klonowski
Vice President-Host Town
Special Olympics World Games 2015

**23**

To:
The Honorable Indira Talwani
United States District Judge

Trento (Italy), 9 May 2019

**RE: Devin Sloane**

Dear Judge Talwani,

My name is Cristina La Rosa, I am 46 years old and I worked for eight years in a Swiss investment bank (Credit Suisse Italy) in Milan.

I am aware that Mr. Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

I've known Devin for more than twenty years because he is married to Cristina, my friend from university, who I would call a sister rather than a close friend.

I attended their home during their stay in Italy and then in Los Angeles. For me they have always been a cornerstone of my life; trusted friends and especially Devin, a very generous person towards others.

I saw Devin engaged in social work both in Italy and in Los Angeles with various initiatives in favor of the disabled; he and his family have always been ready to help those most in need, always with a kind and generous spirit.

We shared happy moments but also sad events like deaths of loved ones that did nothing but strengthen our bond even more, a bond which I would call genuine and without any interest.

For these reasons, I therefore respectfully appeal to your leniency.

Respectfully yours,

Cristina La Rosa

**24**

May 14, 2019

To: The Honorable Indira Talwani,
United States District Judge

Dear Judge Talwani,

I am writing this letter for Devin Sloane, who is being sentenced with respect to a federal crime involving mail fraud related to college admissions. I first learned of this from Devin soon after he was charged.

I would like to introduce myself, my name is Barbara Lamperti, cousin of Cristina Candiani Sloane, Devin's wife.  I am Italian, having moved 12 years ago to Los Angeles. I'm married and a mom of two boys, 6 and 8 years old. I'm a self employed food blogger. I consider myself lucky to have a flexible job that allows me to take care of my kids and actively volunteer in their school, a public Magnet Elementary in Encino, CA. I'm currently the PTA president.
I grew up with Cristina in Italy, in a small town close to Milano and I had the pleasure to meet Devin 20 years ago, w hen they married.

Devin has always been a loving husband, a caring and dedicated dad. He works hard and is a genuine good hearted person, very generous and altruistic, always ready to help people.
I'm fully aware of the gravity of the crime Devin has pleaded guilty to, but it is still difficult for me to understand. This is not the Devin I know.

Devin has always been there for me and my family, since the first day he moved to Italy.
My mom is 75 years old, she is a widow and she lives by herself in our hometown in Italy as both me and my brother moved abroad. She doesn't have any family member close by. While Devin and Cristina were living in Italy, Devin always took care of my mom playing her regular visits to check if she needed anything. He was the first responder when she discovered that thieves broke into her apartment and he kept visiting her every single day after the accident to reassure her. I didn't ask him to do it and I'm still deeply grateful that he did it. This is just a small example of the person who Devin is. The Sloanes may have great economic possibilities, but their generosity comes from their heart.

I come from a middle class family, honest hard workers. Devin has always treated me with respect. He is the kind of person that makes you feel comfortable, is genuinely interested in who you are and what you do and always there if you need him. More than once I witnessed Devin teaching his kids kindness, inclusion, respect of others and humility. He's a great dad and a role model. Without any doubt, I would let him be the guardian of my kids.

His philanthropic activities are countless and, in line with his personality, not publicized. From being the main sponsor of the American Special Olympic team to taking care of the health issues of the family babysitter. Giving back is a big part of who Devin is.

Personally I have also to thank him for being a caring and useful counselor for me and my husband last year. We were going through marital problems and Devin has been there for us with the right words and suggestions to help us find our way back.

I feel that the felony mark on Devin's record, the media coverage and most of all, the side effects that this story will have on his kids, are already punishment enough for his mistake. Incarcerating Devin for any amount of time will serve no purpose to Devin nor to the society but will cause severe and long term damage to his family.

I know that Devin is incredibly remorseful for what he has done. He has never been in trouble before. In fact, he has spent his life giving to the community his time and resources. Given his otherwise clean record, as well as his philanthropic history in the community and, most important, the essential support he is for his family, please consider my petition for leniency in his sentencing.

Should you need to verify any of my statements above, please feel free to call me at █████████ ██.

Respectfully yours,

Barbara Lamperti

**25**

Massimo Lamperti MD, MBA
Institute Chair and Professor of Anesthesiology
Lerner College of Medicine at Case Western Reserve University
Cleveland Clinic Abu Dhabi
Al Maryah Island, PO box 112412
Abu Dhabi, Unite Arab Emirates

Dear Judge Talwani, United States District Judge,

I'm writing this letter in reference to Devin Sloane who is pleading guilty to a federal crime involving mail fraud related to college admissions.

I am Massimo Lamperti, friend of Mr. Sloane and cousin of Cristina Candiani, Mr. Sloane's wife. I met Devin more than 20 years and we built a relationship of mutual respect and solid trust.

I can say in total confidence that few men have contributed to the society in the way that Mr. Sloane has. Devin and my cousin moved initially to the USA after they married and I met them in Los Angeles during my business trips to the USA. They built a nice and happy family there. Devin and his family then moved to Italy for family and business reasons. During that period in Italy, we established a strong connection based not only on our family relationship. He worked closely with some of my Italian friends who always spoke highly of Devin as a hard worker and respectful person. Devin helped me and especially my mother who was leaving near his house in Busto Arsizio (my home town) where my mum is still living. I remember, in particular, one episode when my mother was robbed in her house and Devin was called in to help my mother in that terrifying situation.

He is also a very active and generous man who contributed to the organization of the Special Olympics when this event happened in Los Angeles. The Special Olympics have been held recently in Abu Dhabi where I'm currently living and I met many Italian volunteers and board members of the Special Olympics who know Devin. They have told me of his kindness and true spirit of humanity. The organizers of the Special Olympics continued to mention Devin as a special person who has contributed to the success of this event around the world.

I can confirm that in all the time I have known him, Devin Sloane has been a reliable, trustworthy and excellent person. I just hope that your Honor will give him an opportunity for a second chance. I know he is extremely remorseful for his mistake and will never repeat it. If any punishment would be decided, I truly believe a sentence of community service should be considered.

Respectfully yours,

Massimo Lamperti MD, MBA
Institute Chair and Professor of Anesthesiology
Cleveland Clinic Abu Dhabi

**26**

11 May, 2019

Dear Judge Talwani,

It is with the deepest respect that I write to you about my dear friend, Devin Sloane, in regard to his sentencing for a federal crime involving mail fraud related to college admissions.

My name is Pieter Jillis Evert Los. I am a Dutch citizen currently living in Australia. I am the founder and Chief Investment Officer of Eye Management Pty Ltd, an investment advisory firm based in Melbourne.

I have known Devin personally for more than 20 years.  Our friendship has remained strong despite living in different countries and coming from diverse cultures. He is a genuine and generous family man who would live up to the opportunity to learn from this mistake, and repay a debt to society, without the devastating effects of incarceration.

At the age of 18, I came to the United States of America (USA) to attend Hartwick College where I studied and played NCAA Division 1 soccer. I was nominated at the end of my studies for the John Christopher Hartwick Scholarship, the highest award given, based upon academic excellence, leadership skills, and community involvement.

Post-graduation from Hartwick College, I started work at the financial firm Spear, Leeds & Kellogg in New York City while obtaining my MBA in Finance from Pace University. Several years later I moved back to The Netherlands where I became a Director of Rabo Securities (Rabobank International), a leading AAA-rated bank in the Netherlands.

 It was during this period that a mutual friend from the USA introduced me to Devin Sloane. We connected naturally sharing our business endeavors and entrepreneurial aspirations.  However, what connected me to Devin was his sincere, kind, and thoughtful spirit.

I attended Devin and Cristina's wedding in Italy. Since then my wife and children have spent many happy occasions together in their home and overseas. They are an extremely close, loving, and supportive family. They often talked about their regular visits to India where they spent time with a spiritual leader and support local charities. Devin and Cristina's values are reflective of this period -- sincerity, positive spirit and energy, unselfishness, love and generosity to those around them.

Devin has a strong work ethic and successfully launched their Italian family company in the USA where they created employment for many people. More recently he founded a new water services corporation. It's typical of Devin to create a new commercial entity that provides employment opportunities to many people with a broader mandate and vision to contribute to humanities well-being.

If he were to be away from his family it would be a profoundly frightening and scarring experience for Cristina, Matteo, ████, ███████ and ███. Devin is the stabilizing force of the family and they depend on him.

I have always, and continue to trust Devin despite this current situation. He has always been a law-abiding and moral person that has done a lot to help many people and organizations. This mistake is not reflective of his principles or character.

He has conducted his life in a manner that befits the privilege to be an American citizen.

I sincerely hope it is possible that society and justice can be better served in Devin receiving leniency and a form of community service.

Thank you for your consideration.

Respectively yours

Pieter J.E. Los

████████████

██████████

██████████████

Australia

27

Jody Magee


May 6, 2019

The Honorable IndiraTalwani, United States District Judge

Dear Judge Talwani,

My name is Jody Magee. Our family, my wife and two daughters, moved from California just over eleven years ago when my employer made the decision to relocate.  Henderson Nevada is now home and we enjoy living here. I have recently been named President of Gripos Inc., a manufacturing company specializing in plastic injection molding. This year will mark twenty one years with this company.

Just recently I learned of the sentencing that Devin Sloane is facing in regards to a federal crime involving mail fraud related to college admissions. As a friend of Devins, since the age of thirteen, this is very disheartening to find him in this situation. When I was thirteen my family moved across town which meant I was in a new school district and was required to attend a school that I was very unfamiliar with. I essentially was leaving all of my friends, at that point of life, and going to a school where I knew nobody. Very early into the new school year I met Devin and very quickly we became friends. We shared several interests, however, motorcycles became the subject of choice. There was one element of my life that I chose to not share with Devin and that was my home life. Even though my father made the decision to move to an area with better schools he struggled to pay the bills and had problems with work due to his very serious drinking problem, a problem that I had just discovered. There were times when we had very little food and even had the electricity turned off a couple of times. This was a very critical point in my life where the depression and loneliness could very well have sent me in a bad direction. For this very reason I greatly value my friendship with Devin and a couple of others so much. I learned very quickly how generous he and his mother were when they would invite me to join them to many different places and events that I would never had experienced otherwise. The generosity and friendship was exactly what I needed at this moment in my life. Again, I look back now and know that they understood my situation and they acted on it. We remained very close friends throughout the years leading up to high school graduation.

After high school our career paths were very different and we were not able to spend much time together, although, we did our best to keep in contact. Through mutual friends I heard of the different businesses and community involvement that Devin had started and knew he would have success and make an impact because of his work ethic and his desire to see things through to completion. Myself, as a grandfather of Cayla, an amazing granddaughter born with downs syndrome, it was particularly pleasing to find out that Devin hosted and organized the Italian delegation for the Special Olympics. I know his heart is in the right place. A few years ago I attended a surprise 50th

birthday party for Devin. Even though it had been many years since seeing him it was quite amazing how it seemed as though very little time had passed. It was especially gratifying to watch him with his wife and kids at this event and to see just how much he loves and enjoys his time with them.

I am very confident that Devin has learned from this mistake and will not find himself in this situation ever again. As a good husband and father the level of distress, I am sure, is very high considering the possibility of incarceration. I am certain his heart is hurting when thinking of the time away from his family.

As a friend of Devins I need to respectfully ask for consideration and leniency in regards to his sentencing. It is my whole hearted belief that Devin would be able to have a much greater impact if he were to perform community service instead of incarceration.

Respectfully yours,

**28**

May 15, 2019

To The Honorable Indira Talwani,
United States District Judge.

Dear Judge Talwani:

I am writing this letter about Mr. Devin Sloane in regards to his character.

I would like to introduce myself as Ana Martinez, I am married with a daughter, working in the position of a Babysitter for Mr. Sloane's young daughter.

I know that Mr. Sloane is being sentenced with respect to a Federal Crime involving mail fraud related to College Admissions.

I have known Mr. Devin since April 2003 as my Employer. I used to babysit his first two sons until they went back to Italy. Every summer the family came to Los Angeles for vacation and I always worked for them when they were in Los Angeles. Even though I am an employee they have always treated me like family.

For the past 16 years Mr. Devin has been there for me and my family, willing to lend me a hand with everything. I have experienced Mr. Devin's generosity because two years ago my Mom was very ill and she needed a surgery and when I asked him if he could give me my check in advance, instead of the check, he gave me the money for my Mom's surgery and recovery as a gift. I will always be thankful for that.

Mr. Devin and his wife, both care of my well being that when I needed to go on a trip with them, they invited my daughter to come along so I don't need to worried about her. Also they let me know that she is welcome to come anytime to their house. They are very family oriented.

Ever since I know Mr. Devin, he has been a reliable, trustworthy, responsible and decent employer and person. He has always been dedicating his time to his family, making sure they have everything they need but, most importantly love surrounding the family.

As a husband Mr. Devin has been there for his wife always. He is so respectful, patient, loyal, understanding kind and gentle with her. Mrs. Sloane depend on her husband to help with everything.

A good Father makes all the difference in a child's life and Mr. Devin is a pillar of strength, support and discipline for his children. He loves his children and he is always willing to help and advise them when they need it. He spends a lot of time with them.  The family eats their meals together and he sets a good example on the life of his children.

As a son he was always there for his Mother. She was such a lovely lady, caring for everyone. She was so proud of Mr. Devin as a son. She once told me that he was the best son a Mother could have and he full filled all the expectations of his Mother without asking for. Anything. He was always there for her in happy and illness moments, giving his time, care and love to her.

I personally believe that Mr. Devin has learned from his mistakes because he was very sad when he told me he really regrets the mistakes he made. I am sure he will never do anything like that again because he has been always an honest person without any Legal problems. He is not a person that harms the Society. Instead, he does so much to help people.

The effects of incarceration for Mr. Devin and his family will be devastating because family unification will be destroyed, his children and wife will be facing challenges and difficulties, his children will have very confusing emotions and will experience fear, worry, sadness, isolation, embarrassment. The whole family will suffer. The relationship between Mr. Devin and his 3 year old daughter is one of the most heart warming and intense bonds. He treats his little princess with such love and delicacy that separation between them will cause great pain and emotional distress for her.

With the prison population rising, along with the cost of keeping people locked up, I definitely think that Mr. Devin could perform community service instead of incarceration. Performing community service will offer more benefits to the Society than being incarcerated.

I would like to ask you please for your leniency in sentencing Mr. Devin and plea that your sentence be merciful and not punitive. It is my sincere hope that you could grant him a second opportunity in his life.


Respectfully,


Ana Martinez

**29**

Karen Medved



The Honorable Indira Talwani
United States District Judge

May 13, 2019

Dear Judge Talwani,

I have been a California licensed real estate agent for over twenty two years. My real estate career takes me all over Los Angeles, but most of my clients originate in the Hollywood Hills and San Fernando Valley. I currently hang my license with Compass. I am married with two teenage daughters, one who will be going off to college next fall. I sponsor various community events that include CPR Training and support of local charities as wells as volunteering as a girls' soccer coach and hospice care supporter.

I met Devin in 2013 when he contacted me to discuss the value of his property in the Hollywood Hills. I later sold that property for him and then subsequently represented him on the acquisition and leasing of four other properties. Over the course of these transactions, I have found Devin to be honest, fair, reasonable and fun to work to work with - so as a result, we have become friends. I also have gotten to know his close knit family whom I enjoy and admire. If I had to ascertain Devin's number one priority, I would say it is to protect, support and care for his family.

Ever since I heard the news of Devin's involvement in a federal crime involving mail fraud related to college admissions, my thoughts have frequently gravitated to my memory of events that illustrate Devin's past generous and beneficial contributions to society.

In the summer of 2015, Devin and his wife Cristina hosted the Italian National Special Olympics Team during the international competition held in Los Angeles. In addition to generously sponsoring their meals, transportation & lodging, Devin and Cristina went above and beyond to provide a once in a lifetime experience for the 125 person delegation which I had the privilege of working with during the five day event.

Between training and competitions, Devin orchestrated an iconic L.A. experience for these foreign special needs athletes that included a stop at the Santa Monica Pier, a visit with firefighters at a local fire station, a classic L.A. lunch of burger & fries served by an In-n-Out mobile catering truck and a red carpet-formal dinner at the Ford Theater at Universal Studios followed by a private after hours tram tour of the studio back lot. The week culminated in a touching private surprise birthday party for Cristina at the House of Blues where the special guests - the Italian National Special Olympics Team - sang happy birthday to her in Italian from the stage. This was followed by dinner and dancing that probably set a House of Blues dance floor record for participation, enthusiasm and energy level.

Karen Medved



The breadth and depth of joy I witnessed and experienced myself at every event Devin carefully and thoughtfully had planned during these five days is difficult to adequately explain. It was obvious that the athletes felt deeply honored to be treated with such dignity and respect as well as thrilled for the opportunity to experience so many classic Los Angeles venues while traveling from Italy. To the same degree, the volunteers who came to give their time and energy left with far more in return.   In short, it was a magical time for everyone involved whether athlete, coach or volunteer.

Besides the immediate benefits, Devin's stewardship of this program also had a profound transformative effect on many of the volunteers.   As an example, many of the volunteer coaches subsequently enrolled their teams in programs that integrated special needs with mainstream athletes. My own daughter's team participated in games with young special needs athletes, which inspired some of the girls to get involved in related community service projects both then in middle school and now in high school.   Therefore, years later the positive ripple effect continues.

Recently Devin shared with me an initiative he is sponsoring to introduce this same integration of special needs athletes into private and public school sports programs in Los Angeles. Based on my experience in 2015, in my opinion there is no doubt that this program will have an enormous positive impact on not only the students participating, but anyone who comes in contact with it.  I look forward to its launch and am happy to support it in any way that I can.

Devin also shared with me that he is deeply sorry and takes responsibility for his actions that have lead to this sentencing.  I can only imagine that the negative publicity has already inflicted a great deal of punishment and pain on Devin and his family.  The fact that he has plead guilty indicates his acceptance of responsibility and his intention to make amends for his mistakes. Yet if incarcerated, it will be impossible for him to do so from a jail cell.  If given the opportunity to serve the community instead, I believe Devin will once and again go above and beyond expectation or responsibility.  As a result, the greater community will be the beneficiary of his conscientious & generous efforts, just as it has in the past.

Thank you for your consideration.

Respectfully Submitted,

Karen Medved

**30**

Jamie and Charles Meyer                                                July 8, 2019


Dear Judge Talwani,

## My Family Background

I am writing this letter on behalf of my husband Charles ("Chuck") Meyer and myself. We live
next door to Devin Sloane and his family.  We have a daughter, Lucy, who graduated Hamilton
High School last month.  Lucy has cerebral palsy and has both intellectual and physical
disabilities.  Academically Lucy is below grade level, but her empathy and her ability to read
people is off the charts. Lucy is the national official spokesperson for the Special Olympics—
UNICEF USA Partnership for children with disabilities. She travels around the country raising
millions of dollars and around the world to help spread awareness of the importance of
accepting and including children with disabilities.  She has spoken at the United Nations, a
Senate Briefing, numerous other venues, and has met with over 60 of the current U.S. Senators
in an effort to help children with disabilities.

I am a retired family law attorney and grew up in a family that has four attorneys and two
judges and have a deep respect for the law and the judicial system.  I am active in our
neighborhood and serve as the Secretary and Board Member for the Bel-Air Association.  I am
also very active in UNICEF USA and sit on their Southern California Regional Board since 2008.

My husband is self employed and has investments in several different mid sized manufacturing
companies.  Our family is very involved in raising money for the world's children, but especially
for children with disabilities.

## Interactions with Devin

### His Special Relationship with Lucy
We have had frequent meaningful interactions with Devin and his family.  Our families became
friends in 2013 when the Sloanes moved to their current residence.  Devin, his wife (Cristina),
and their three sons (███████ and Mateo) immediately became close with our family, but
especially with Lucy. His family is very supportive of people with disabilities in Italy, so I think
there was a natural pull toward Lucy. I have personally observed Devin with Lucy on many,
many occasions—what a special man.  He is so sweet with her and jokes with her like he does
with his children.

At first, the Sloanes would invite my husband, Lucy and me for dinner—but then after awhile,
Devin sensed that Lucy wanted to spend time with them without my husband or me. I have
observed that Devin is very intuitive—especially with Lucy. I remember the first time that Devin
suggested that Lucy go to their house for dinner without us. I said absolutely! He then called
Lucy and asked her if she wanted to come by herself to have dinner at their house.  She was so

1

happy and her smile was so huge that I am surprised he could not see her smile from his window! I walked her over for dinner and didn't go in the house. A few hours later, Devin walked Lucy back to our house. She came home just beaming and wearing a bracelet that one of Devin's sons had made for her. Since then, Lucy has gone to their house for dinner by herself on many occasions.

When Lucy went by herself for dinner, Devin and his family gave her such a feeling of independence. She was so excited to have the experience of going over to a friend's house to have dinner just like other kids do. It was huge. It may sound simple and not much—but to Lucy this was incredible and something she had never done before—and Devin had the empathy to know and to act on this. For children like Lucy, they really yearn to be independent like other children. Devin has the awareness and the ability to put her in situations and treat her with respect so she is able to experience being independent and to just be like everyone else. To me, his awareness and natural instinct to take the time to make children like Lucy feel important and fun is truly special.

### Our personal Interactions with Devin re Philanthropy

#### 2015 Los Angeles Special Olympics World Games
Devin is passionate not just for Lucy, but for all people with disabilities. In 2015, Los Angeles hosted the Special Olympics World Games. Lucy was one of the 15 Special Olympics athletes selected to serve as a 2015 Special Olympics World Games Global Messenger. In her capacity, she had to find financial donors and volunteers to support "Host Towns" for all of the Special Olympics teams coming from all over the world. Each Host Town is funded and run by a particular community and/or a large group of people.

Lucy shared with Devin and Cristina about Host Town and asked if they would be one of the sponsors for Italy. Devin immediately contacted Special Olympics Host Town and asked for his family solely to be the Host Town for Italy. Out of over 100 Host Towns, Italy was the only host town to be entirely hosted by one family. Devin did everything from arranging transportation, housing, activities, meals, keepsakes, etc. His family spent the entire four days with the Italian delegation playing sports with them, eating with them, etc. When I bumped into the Italian delegation during the Olympics and I said that I was a friend of Devin's, the entire delegation warmly embraced me and said what an amazing experience they had with the Sloane family and how much they love them. Devin got so involved that after the World Games, he volunteered to sit on the Board of Special Olympics Italy and currently sits on that board today.

#### Disability as a Diversity Issue in Private Schools
Devin is currently working with Special Olympics to start to integrate students with disabilities into the private school. The Sloane family is personally funding a program through Special Olympics to bring unified sports to private schools in the Los Angeles area. This program is very important and much needed. I know from personal experience. In her role as Spokesperson for the Partnership, Lucy has spoken at over 30 private schools in the Los Angeles area to more than 8,000 students. Often after she speaks, she interacts with the students by joining them in

2

their classrooms or playing with them outside. At every single private school that she has spoken at, we have never seen one student with a disability. I am very excited to see Devin's program implemented so that in the future when Lucy speaks at a school, she will see students like herself.

## Understanding of Charges and Devin's Remorse

I do know that Devin is being sentence to a federal crime involving mail fraud related to college admissions. I understand the gravity of the charges. I can wholeheartedly say that this behavior is inconsistent with the Devin that we know quite well for the past six years. The Devin that you read in this letter is the Devin that we have interacted with frequently and consistently for the past six years. When we did speak briefly about the charges, I could tell that he was trying to hold back the tears.

## Consequences

I have read in the paper that Devin and others are subject to considerable jail time. If Devin served time in jail it would be extremely detrimental to his family. He has three young children ages four to fourteen. I know others will explain in detail why this would be detrimental, so I will focus on an alternative. I believe a significant structured commitment to community service on behalf of young people with disabilities would be of great benefit to society.

Devin has a natural way of being with people with disabilities that is so inspiring. He really does bring out how these children are just like children without disabilities. There is program called "unified" through Special Olympics. People with disabilities play on the same team as people without disabilities. It's not just the sport—it's about interaction and decreasing the clear stigmatization and isolation that people with disabilities face. In keeping with this philosophy, if there is some type of community service program where Devin would spend time with young people with disabilities—whether it be in a work or social environment. He gives each person dignity and respect and I know he would do wonders to really bring out the best in whoever he interacts with.

Thank you for taking the time to read this letter and learn more about Devin before determining his appropriate sentence.

Respectfully,

Jamie Meyer

Read and Affirmed by Chuck Meyer

Chuck Meyer

3

**31**

7-12-19

Dear Judge Talwani,

Devin has been my very good friend for six years, since his family moved next door to us. I always like when Devin jokes with me. I also enjoy going to dinner at his house where he always treats me like part of his family. I know Devin

made a serious mistake, but he is a very good person and a good friend to me and I love him so much.

Love
Lucy Meyer.

**32**

To:
The Honorable Indira Talwani
United States District Judge

Rome (Italy), 29 April 2019

**RE: Devin Sloane**

Dear Judge Talwani,

My name is Alessandra Palazzotti and I am the National Director of Special Olympics Italy.

I have worked in the field of sport and inclusion for about 20 years, enough to receive a bronze star and a silver star from the National Olympic Committee for merits in the field of sport. In Italy we have about 18,000 athletes with and without intellectual disabilities.

I am aware that Mr. Devin Sloane is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

I met Devin in July 2015 during the Special Olympics Summer World Games held in Los Angeles. I was the Head of Delegation for a team of 141 athletes and coaches.

Devin and his wife Cristina offered to take care of the Italian team's Host Town, a very delicate and important moment of the World event, during which the athletes have only few days to train, recover from the journey and from jet lag. Those were wonderful days, that will remain in my heart and in my memory, and also in those of our athletes and our coaches, for the rest of our lives.

Devin and his wife took care of us with incomparable humanity. First of all, given that the general organization of the Games had had great problems with transportation, when we arrived at Los Angeles airport, we didn't have the means to get us to Santa Monica, where the Host Town was located. One single phone call to Devin and a request for help was enough and he immediately hired the necessary buses to pick up the whole team, who was very tired from the trip, and take it quickly to Santa Monica.

From that moment onwards we were looked after and literally pampered like never before. We were hosted in a beautiful hotel. The airline had lost the luggage of one of our athletes and the next day Devin provided her with the clothes necessary to be able to live without discomfort in that moment, until her luggage arrived. He took us to wonderful events: a dinner at the Hollywood Studios, a trip to the Getty Museum, a day at the Santa Monica Pier with the possibility of using all the attractions for free, a great event to greet us at the House of Blues and birthday parties for our

athletes who were celebrating their birthdays in those days. Actions that only those who have a sensitivity and attention out of the ordinary could reserve for our team.

I can confirm that nothing similar has ever happened to us in any other World Event in which I have been (Dublin 2003, Nagano 2005, Shanghai 2007, Athens 2011, Abu Dhabi 2019). They made us feel like part of the family. A fundamental aspect for our athletes, who in the first days away from home can miss their loved ones. No athlete of ours complained about being homesick.

Devin has contributed personally and with his family to make the World Games an unforgettable event. For this reason, when I returned to Italy, I spoke with our President and proposed that Devin entered our Board, and still today Devin is a very active member.

His care and understanding in 2018, with an important donation, allowed the Italian team to participate in the celebration event of the 50th Special Olympics, held in Chicago. Devin, without ever wanting to appear or be thanked in public, has always supported our athletes and our movement.

Through my work I get to know many genuine and generous people and Devin is one of the best human beings I have ever met: he has done a lot of good and has always been available to help without ever wanting anything in return. He treated our athletes as his children, and our athletes were very close to him and his family. He is a great family man, who like all good fathers tries to do the maximum for his children and his wife. Sometimes even the best of fathers, for the love of their children, make mistakes. But a good family man learns from his mistakes and becomes an even better example for his children and for the whole community. This, to me, is Devin.

Devin is the kind of person who, if he makes a mistake, learns from that mistake and makes the mistake become a positive impulse to change for the better.

I respectfully hope that you will take this letter of mine into consideration and that you will be lenient to Devin because I really believe that each of us can stumble in life, but then it is important to get up, to understand from our mistakes and to improve.

Respectfully yours,

Alessandra Palazzotti

**33**



waterTALENT

May 21ˢᵗ, 2019

Dear Judge Talwani,

The following statement shall serve as a letter of character reference for Devin Sloane. My name is Tyler Reifert and I have known Devin for over six years, both in a personal and professional capacity. It is my understanding that Devin is being sentenced with respect to a federal crime involving mail fraud as they are related to college admissions. I would like to take you through my journey from my first encounter with Devin up until present day.

When I was first introduced to Devin back in 2013, I was fresh from graduating university and in search for an opportunity to start my career off in the right way. Mr. Sloane ultimately provided me a tremendous opportunity to work for him full-time and work closely with his family and, in particular, his three sons as a male nanny and personal assistant. From the very beginning, it was evidently clear to me that Devin cared more about his children than anything and he absolutely made sure he brought someone on that would see through to that sentiment. As any loving and caring parent would, he made sure to verify virtually every source with regards to my ability to safely and effectively work with (his) children prior to officially bringing me aboard. My daily responsibilities involved not just driving his children to and from school, but to more or less become part of the family and really get to know and understand his children so that I could best serve their needs. This involved a balance of closely working with a 5, 9, and 12-year old, both separately and together, to provide them each age-specific enrichment activities while also serving intently as a mentor and role-model to each boy's adolescence. As someone who had 10 years of prior experience working directly with children ages 4 – 18 and held a commercial driver's license, I knew my unique role and Devin knew I was fit to see through to that unique challenge of ensuring his three beautiful children were in the best of hands.

Out of the countless moments spent with his children, I'd like to point out one in particular. It was his eldest son's birthday and the family had just moved to California from out of the country. All of his friends were back in Italy as he had not yet had the opportunity to meet new ones yet since it was the Summer before school started. Devin realized the move was a big one for his son and as a birthday gift hosted three of his best friends from Italy to come spend a week in America with his son, their first time ever, for his birthday. During their visit, they enjoyed a memory-filled experience: theme parks, skateparks, lake camping, the Hollywood sign, Cirque du Soleil, etc. All of this was a grand gesture that Devin loved and endeared his son so much that he wanted him to feel as comfortable as possible to ease the transition from making the monumental move to an entirely different country. I was blown away at how good this ended up being on his son's psyche moving forward. The notion was more than well-received and his son continued on to school after the Summer had ended where he would meet plenty of new friends.

One of the greatest experiences I've been fortunate enough to participate in while working for Devin was when he personally hosted the entire Italian delegation for the Special Olympics World Games in 2015. I was tasked with helping on the event planning side of things. He provided the opportunity for hundreds of Italian athletes to come to Los Angeles and participate in a once in a lifetime event. Not only did he just provide the means for the athletes to participate in the games themselves, but he ensured they were shown an unforgettable time as this was the majority of the athlete's first times ever outside of their own country. From visiting the Santa Monica Pier, to dancing at the House



waterTALENT

of Blues, to a private tour of Universal Studios and the Getty Museum, to sitting in a fire truck at the station for the first time, and eating In 'n Out hamburgers in between training sessions, Devin made sure to go above and beyond for a group of people who would've had no means otherwise. These athlete's lives were changed forever, provided an experience that was nothing short of fantastic and ultimately created memories and relationships that will literally last for generations and beyond. I'm proud to say I was a part of this event and none of it would have happened if it weren't for Devin's extraordinary benevolence.

Fast-forwarding a bit around three years later, I had gotten a pretty high level of familiarity in working with Devin, but something had always piqued my interest – I wanted to see what it would be like to work with Devin in a professional capacity. At this time, I wasn't too familiar with exactly what kind of company he had in the making as I know at this time he was building one from the ground up, but the timing couldn't have been better. Devin was having a new baby daughter - in unison with my desire to move on up and the family's justified decision to look in the direction of hiring a female nanny to take over, I was offered an entry-level position at his new company. Despite not necessarily holding the educational pedigree or accolades some of the other employees had, Devin had no issue with bringing me aboard as he came to learn about who I was and what I was capable of accomplishing. I'd like to state that Devin had always made it clear his view on my merit was strong. His belief in me to transition into a job market that I didn't have a background in was evident in his confidence that my skillset would translate smoothly. I was more ready than ever to take the reins and make the best of this new opportunity at Devin's new company – waterTALENT.

waterTALENT is a specialized firm whose primary goal is to place temporary licensed water and wastewater experts into vacant positions to ensure safe and clean drinking water at every City and District in the country. The industry is at an all-time low on plant staffing (~45% set to retire in the next five years) and without the proper hands to operate at the plant, we'd all be exposed to potentially life-threatening and contaminated drinking water. This was a mission that I easily bought into. I had not been familiar with an office job in any other previous formats, per se, but it became very apparent that this company he built was doing great things for the world and I was determined to give my best. As the months passed and as I grew more savvy to the operations of the company, I was put in charge of recruiting the best operations talent, procuring contracts, and acted as the liaison to streamline communication with all the employees we put in the field. I kept repeating to myself, *"Tyler, do you have any idea how lucky you are to be in this position? Do you know how many people would beg to have the job you do?"* In two years' time, I was personally responsible for employing over 40 certified and licensed experts dedicated to their commitment in producing safe drinking water in six different states, something I took great pride in. I viewed it as a beautiful trifecta – my employees have a job doing what they love, the municipality has the hands and expertise to provide clean drinking water to its citizens, and waterTALENT is growing as any thirsty startup company aims to do. Just under three years later from Day 1 as a data entry specialist to near present-day, Devin offered me the promotion of a lifetime: Vice President. To say three years ago that I would be in the position I am today would have been a surprise to say the least, but nonetheless this was the position I always had my eyes set on at the end of the tunnel. The amount of opportunity provided to me to prove to Devin that I was worth his time speaks volumes about his commitment to others. I am entirely, eternally, and inconceivably grateful for his belief in me to succeed and can't stress enough how much opportunity Devin brings to others, not just myself.

This brings me to my concluding remarks. Devin has concretely proven to me that he is the type of person that creates



waterTALENT

opportunity for those around him. He loves, he cares, and sees the best in people. He provides his children and family with the best caretaking. He provides his employees with an endless amount of growth, both personally and professionally. He provides once in a lifetime opportunities to communities who otherwise wouldn't have the means to.

I firmly believe Devin has learned from his own bad decisions that led to the federal charges. I believed it is in everyone's best interest for Devin to be placed on probation and given community service. I can't imagine what would become of this company without his expertise and wisdom in pioneering this ship that is waterTALENT. I can't fathom what his amazing children would do without such a loving father to come home to every day, and can't imagine the emotional distress that would bear on Devin not to be able to be there for them. Dear Judge Talwani, I plead for you to grant leniency to Mr. Devin Sloane as he is a person I have grown to know as nothing short of kind, caring, and humanistic who has his priorities focused on taking care of those he loves and cares for. The world is better off with these types of people in it and I hope this letter is able to shed some light as to who Devin really is and the wonderful things and opportunities he truly does provide for others. I'm but one of the countless walking, breathing examples of those who were so positively affected by Devin Sloane's generosity and whole-heartedly stand behind every last humbling remark stated about him contained in this letter.

Respectfully yours,

Tyler Tae Reifert
Vice President
waterTALENT, LLC

**34**

July 1, 2019

Dear Judge Talwani,

I am writing about Devin Sloane, who I understand is coming before you for sentencing as part of the College Admissions Scandal.

I am currently employed as a dental hygienist with Mark Meckes DDS in Long Beach. I am divorced and a single parent. My Ex-husband died at 52 years old in 2015. I am involved with my Catholic church giving my time for church festivals and many activities that they need volunteers for.

I first met Devin as a new patient at the dental office I worked at. We have known each other for approximately four years. He was on a three-month schedule so we sparked up a friendship beside a professional relationship.

I saw Devin as a very real and down to earth person. I looked forward to seeing his name on my schedule. He was always so appreciative of the cleaning I did for him. He always praised me and gave me a hug at the end of the appointment. We also talked about family on both sides and all the trials of life. He talked about his mom being a single parent and the struggles she went through.

Devin was involved immensely with his Catholicism giving to his belief. He shared pictures of meeting the Pope and getting to shake his hand. It was inspirational to me!

As long as I have known Devin, he has been a stand-up guy. Not superficial at all. He learned from his mom's struggle and wanted to make a better place for her and his family. He spoke about how fortunate he has been to start his own company and be successful at it. He worked hard for what he has. He understood that nothing is given to you.

He is also a very committed family man. His family weighs more than anything else in his life from what I could see. He always talked about all four of his kids and what they were up to in school. He talked about his wife Cristina with the utmost adoration and love. I have to say I envied what they have that I could never find in my marriage.

Lastly, Devin was there for me when I ran into health issues and went out on disability. He asked the office for my e-mail and sent me a message saying that he was sorry to hear what I was going through. He called me and he shared that his wife Cristina was going through the same thing. Breast cancer and that she has had similar challenges. He told me that he understood that we don't know each other outside the dentistry office, but that he and Cristina do care. He wanted me to know that they are in a fortunate position financially and if I had any financial challenges because of the medical situation that they would like to help out. I could not believe what a big heart these people have and all their love and support to a non-family person. I was grateful to know that if I did run into a financial burden I could call on them but I

did not need their help at the time.  He contacted me periodically to see how I was doing. When I mentioned that my employer was only offering me part time work and that I could not survive with the reduced income, he personally called other dentist offices to recommend me as a hygienist. Devin went so far as to explain my situation to his children's dentist, letting them know I was ready to go back to a fulltime work schedule.  Not only was he willing to help me financially, but he actively helped me find work by utilizing his contacts. Because of his kindness and concern, he went out of his way to find me a better opportunity.

I am confident that Devin has learned from his mistake. He feels very sorry and regrets his involvement. I know he feels he let everyone down. This affects not only him but his family and business.

I think community service would better serve the community instead of incarceration for Devin. Please consider leniency for this good man Devin Sloane.

Respectfully,

Donna Runnoe RDH

**35**



134 W 168th St  Gardena, CA 90248

phone: 310.329.3811 | fax: 310.329.2473
web: anvilsteel.com

June 28, 2019

Dear Honorable Judge Talwani

I volunteered to write on behalf of Devin Sloane and his family and am honored to have the opportunity to explain a little of who he is and what he and his family mean to me and my family.

I own a steel construction company here in the Los Angeles area.  We have 250 employees building steel structures for homes and commercial buildings.  I go to work every day with passion and excitement, I am blessed in that regard.  I am married to a wonderful woman with 3 healthy and lovely sons.  I was an appointee for Governors Schwarzenegger and Brown to the California Contrators State Licensing Board, serving for 7 years, including as Chairman.  I believe it is important to serve the public when we have the opportunity to do so. I am luckier than most, but have worked hard my entire life.

The Sloane family came into our lives as many other families come together, through the friendship of our children. When the Sloane family relocated to the United States their children joined our school.  Our sons Ryan and Mateo soon became fast friends, and a family friendship was begun.  We were delighted to meet Devin and Christina and the adults also became, and remain, dear friends.  We have traveled together on vacations, dined together and had one another to barbeques at our homes.  In sum, we have what one would consider a close family friendship.

One personal experience comes to mind to illustrate the kind of people the Sloanes are. Devin, Cristina and Mateo reached out to us at a time when we most desperately needed support. My family is not unique, we have had our struggles. One of my sons experienced a very public humiliation in school, even though he was at fault, it was embarrassing and seriously affected him. It was difficult for our family and my son. When the Sloanes heard about it, they immediately offered their support. Their son was at our house in hours supporting our son, and Devin reached out to us immediately, encouraging us and standing by our sides both in public and personally.  All of us have had times of need, perhaps not knowing how to reach out, and when that time comes our true friends, the ones with the courage and empathy to step forward, do so without being asked. Devin and his entire family did so for us and we will be eternally grateful.  That is the kind of people they are.

Devin has lived his life with honor and integrity.  He provides support to charities and individuals in need, both financially and personally. Devin is a hands-on giver.  It is in his nature. He does not seek recognition for his contributions.  Much of the time it is anonymous.

Devin has told me how sorry he is for his poor judgment in becoming involved in this fraud. He is ashamed and guilt-ridden. I ask Your Honor to allow this good man to perform community service as a way to make up for his wrongdoing. He is the kind of man that will do over and above of what is ordered.  Incarceration would be devastating to this family.  He has a 4-year-old daughter that relies on him daily and 3 sons, the youngest being 10.  His wife cannot take care of all the family's needs on her own.

Thank you for taking the time to read this letter and perhaps understand a little of who Devin is and the kind of family he and Christina have built.

Respectfully,

Paul Schifino

P.S.  please feel free to reach out to me at ███████████████ if I may be of any further help.



LIC NO. 345032

**36**



**Special Olympics**
*Southern California*

July 25, 2019


Honorable Indira Talwani

United States District Judge


Judge Talwani,

I am writing on behalf of Devin Sloane, who is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

By way of background, I have served as President/CEO of Special Olympics Southern California for the past 15 years.  We are one of the 175 worldwide programs that serve nearly six million people with Intellectual Disabilities around the world, changing their lives through the simple power of sports.

I was introduced to Mr. Sloane in 2015 when SOSC served as the Host Program for the Special Olympics World Summer Games, the largest sports and humanitarian event in the world that year.  As 6,500 athletes, coaches and administrators from 165 countries converged on Los Angeles, our first assignment was to assign each delegation to a "Host Town" for a three-day visit to promote inclusion and understanding.  While virtually all of the Host Towns were comprised of committees of local community leaders, Mr. Sloane stepped forward to personally host one of the largest countries—Italy—with a contingent of 157 members.

Mr. Sloane personally underwrote the three days of training, hospitality, accommodations and meals for the Italians, spending virtually all of the time interacting and serving them in a first-class manner.  His attention to detail and over-the-top generosity made a life-long impression on our visitors, giving them a memory they will never forget.

More recently, Mr. Sloane has stayed involved in the Special Olympics movement by underwriting a new initiative to bring "Unified Sports" into independent (private) schools in Southern California.  Unified Sports is a unique Special Olympics program in which special needs students play on the same teams with other members of their student body, thus promoting inclusion, acceptance and anti-bullying.  Our work in the public schools over the past several years has produced a significant culture change among those student bodies, while preparing the nation's next generation of leaders in social justice.

Special Olympics Southern California
1600 Forbes Way, Suite 200, Long Beach, CA 90810  **Tel** 562.502.1100  **Fax**  562.502.1119
**www.**sosc.org  **Email** info@sosc.org

*Created by Joseph P Kennedy Jr. Foundation. Authorized and accredited by Special Olympics, Inc. for the benefit of persons with intellectual disabilities.*



Mr. Sloane feels that the students in independent (private) schools deserve the same opportunity to learn, despite the fact that those respective student bodies often lack students with Intellectual Disabilities. In conjunction with he and his staff, Special Olympics is designing a pilot program in Southern California in which Unified Sports will be offered to these schools and students, giving our movement an entirely new "market" to engage. Mr. Sloane's generosity and creativity will help us identify and engage young people with Intellectual Disabilities from those respective local communities. His personal commitment and engagement has been truly inspiring since this project's conception. It is his personal vision to see this pilot program become a model to be utilized both nationally and globally as we fine-tune it.

Mr. Sloane's generosity and personal commitment of time, talent and treasure come from his highly evident love for people with Intellectual Disabilities. As someone who has worked hard in life to raise successfully from humble beginnings, he has a unique attraction to our athletes and deeply respects their courage, joy and transparency. They are very fortunate to have a true champion in Mr. Sloane.

Special Olympics representatives will supervise Mr. Sloane's work and provide accountability of hours worked to the probation officer, as required. We will also insure that Mr. Sloane work directly with the school population, lecturing in classrooms, identifying participating schools and matching local Special Olympics athletes with local student bodies.

I urge you to consider Mr. Sloane's strong desire to "make a difference" for "all" people in our society in determining his future fate. Thank you for your consideration.

Respectfully,

Bill Shumard

President/Chief Operating Officer

Special Olympics Southern California

**37**

Kehly Sloane



July 17, 2019

Dear Judge Talwani,

I am writing to you on behalf of my brother in law, Devin Sloane. My name is Kehly Sloane and I have been married to Devin's older brother Lance Sloane for 32 years. I am 52 years old and have lived in Los Angeles my entire life. Lance and I have two children, Ryder age 27 and ██ age 16. I have been employed by the LA King's hockey team for the last 13 years.

I am aware that Devin is being sentenced in September with respect for his involvement in the college admissions scandal. This is very surprising to me because I know Devin to be an honest, law abiding and good hearted person.

I met Devin on the day of his high school graduation, 35 years ago in 1984. From the moment we met, Devin and I developed a close friendship and deep bond. We are the same age, so we have always had a lot in common. At the very young age of 18, Devin's brother and I moved into an apartment together. Devin started college and would come over and spend time with us often. If I ever had any issues with his brother, I would call Devin and he would come right over. Looking back, he was always there for me when I needed him. While Devin was at USC, his mother and stepfather were on the hijacked Pan Am plane in Pakistan. I will never forget Lance, Devin and I glued to CNN in our apartment waiting to hear of their fate. This traumatic event stayed with our family forever. Fortunately, they were safe. When Devin graduated college, he moved into a home with my brother and another friend. He was beginning his career and was running a car wash/gas station in La Verne. Devin has always been extremely bright with an unmatchable work ethic. Before he met his wife and started his own family, we spent just about every holiday together. We were so happy when Cristina entered his life followed by marriage and their four children.

Devin and Cristina have been incredibly generous with our family. When they planned a houseboat trip to Lake Powell, they invited our family to join them at no cost to us. It was a magical trip that we will never forget. A few years ago, they rented a home in Hawaii for the Christmas holiday and once again, invited us to come with them at no cost. Lance and I work hard, but we don't have a lot of disposable income, so this act of generosity is very much appreciated. Devin is a family man and his decisions are what's best for the family. He felt it was important for our families to vacation together and for all of the cousins to spend quality time together. When our oldest son Ryder was a teenager he took him with them to India, Italy and Monaco. This was a meaningful coming of age trip for our son and we are forever filled with gratitude for showing Ryder the importance of travel and culture.

There are many examples of his generosity with family and friends. When his childhood best friend Billy's old truck broke down for the final time, Devin stepped in and bought Billy a new truck. Billy is a contractor, so without a truck he would be out of work. Devin wanted to give something to Billy for his family's kindness toward him when he was growing up. They took Devin in as a teenager and showed him love. They treated him like family. Devin's homelife was tough so being able to stay with Billy and his family meant a lot.

On another occasion, Devin invited Billy and his entire family (Billy, his mom, his sister and her husband and two kids) to join them in Hawaii over the Christmas holidays. He didn't have to invite Billy's entire family, but he did out of respect to Billy. Another example is when Devin heard that his nephew Giovanni (who lives in Italy) was struggling with decisions about his life and future. Devin was concerned and invited him to come

to live with him in America. He set him up with an internship and spent a lot of time helping Giovanni. Devin saw potential in Tyler and hired him to work at his company. Tyler responded to Devin's support positively and is now running a department. Devin's kindness and belief in Tyler has changed the course of his life.

Devin's philanthropy is quite impressive, from Special Olympics to Unicef and all the other organizations in between that he and Cristina support. While there are many people who can write a check, Devin rolls up his sleeves and gets involved. We watched him bring the Italian delegation of Special Olympics to Los Angeles. He was involved in every aspect of the experience. I was in absolute awe at his dedication and hands-on commitment.

When I think of all the good things Devin has done for friends, family and charitable organizations, I am overcome with pride. But what impresses me the most is what he has done to care for his mother. As his mother, Gloria, grew older, she suffered from dementia. Devin bought her and his stepfather a house in Studio City. They arranged for Gloria to have fulltime live in care before moving her to an assisted living community. They covered all of her bills so that she didn't have one worry or concern. This was a big help for Lance and me, as they never asked us to help financially. Devin handled all of the tasks and responsibilities of his mother's care. He was the one who would monitor her health with her doctors. He was the one who went with her to her doctor appointments. He was the one who would stay in constant contact with the people who ran the assisted living community. He was the one who organized and paid for the round the clock caretakers. He would consistently visit and bring his kids to visit with her. He knew every nurse by name and even developed friendships with the people living there. He was the one who would make sure she had whatever she needed to keep her peaceful and comfortable. When she passed, he planned a memorial at the assisted living facility. He had everyone in the circle go around and share a story about Gloria. It was really touching. I'm not sure families return to an assisted living after a family member has passed. This was all Devin.

I am deeply concerned about the possibility of Devin being incarcerated. Devin not only has a college age son, but he has two other sons ages 16 and 11 and a 4-year-old daughter. He has fostered a very close, consistent, healthy, loving, safe home for his family. His absence would have a devastating effect on his younger children. Devin has worked so hard at creating a childhood for his children that he didn't have, and it breaks my heart to think of this possible outcome.

Another matter of concern for me is the notion of his wife Cristina raising the children alone in Devin's absence. All of their respective parents are deceased, her sister lives in Italy with her family. Cristina has high levels of stress and anxiety and at times it can be overwhelming. She can become debilitated and unreasonable. As a consequence of her stress and anxiety, it can express itself in anger. I have seen this happen many, many times. My observation is that she isn't equipped to administrate the vast household responsibilities without Devin. When I think of all the tasks that I am responsible for with my children and household, I am concerned that this will overwhelm Cristina. It is usually Devin who takes care of this. He even puts the baby to sleep at night.

I pray that you take my letter into consideration. Devin is my role model and hero in so many ways. I can't think of another person who has had such a profound impact on my life and our family. He is the most decent human being you will ever meet. Devin has a perfect record. He has owned up to his mistake and, in my opinion, is worthy of a second chance.

Thank you for your time and consideration.

Respectfully,

Kehly Sloane

**38**



Lance Sloane

July 17, 2019

Dear Judge Talwani,

I truly appreciate you taking your valuable time to read my letter regarding my brother Devin. I am aware that my brother is being sentenced with respect to a federal crime involving mail fraud related to the college admission case. I live in Los Angeles and have worked as an executive at Warner Bros for 19 years, as a producer and executive of film/TV and digital content. I am married to Kehly Sloane and have two children Ryder and █████

To write about my younger brother Devin is easy for me to do. His work ethic and character has been a major inspiration to me, and he has constantly demonstrated this with integrity, honesty and generosity. His commitment to serve others is remarkable to say the least. Devin and his wife Cristina have supported The Special Olympics for many years. From what I've witnessed, their participation could be a full-time job for others. Their personal involvement in planning, preparation and their love and support not only for the athletes, but their families and coaches, is unparalleled. I was so impressed by how much time and energy Devin put into this one specific event that we attended. His sons have participated since they were old enough to get involved and I think as a family all of us have learned from this, my sons included.

Most important to my brother is his family. His wife and 4 children mean absolutely everything to him. His three boys and daughter are his highest priorities. He is the most devoted husband and father. Our own childhood was very dysfunctional. Our father was an alcoholic who left us when we were young. Our mom raised us as a single parent, working when she could. But she wasn't very successful. Our childhood lacked structure and stability. Money was tight, I can flashback to cooking hot dogs on an open fire as there were times when it was all we had to make for dinner. When I was around 11 years old, I found myself spending more and more time away from my house so that I could be with my best friend and his father. His father acted like a surrogate father to me, something I so desperately needed. When I became a parent and I was watching my wife read to our son, it struck me how I didn't get this attention as a young child. In a way, Devin and I go above and beyond to make sure our children feel secure and loved. Perhaps this is also where Devin's interest for giving to others less fortunate began.

When I was 16 and Devin was 10, our mother (who had remarried) and stepfather took us to India to see a holy man named Sai Baba. While this is another example of a non-traditional childhood, being exposed to spirituality helped shape us into becoming more well-rounded, sympathetic and spiritual as young men. Our family traveled to India every year where we were exposed to a way of life that most people will never know. "Love All, Serve All" was Sai Baba's mission statement and that sentiment has continued for us as a way of life to the present.

Devin has stepped up for me and our family his entire adult life without question or hesitation every single time. He has lived his life as a pure example of how others should act and treat all human beings. Even though he is my younger brother, he is the person I go to for personal or career advice. Even

though he runs his own businesses and has enormous family responsibilities, he always makes time for me, and consistently guides me in the right direction. I also know Devin does this for many of his friends, employees and others.

When our mother became ill with dementia, my brother Devin and his wife jumped into action and provided her with expert care. They never once complained or asked us to help financially and that allowed us to just love and nurture our mother until the end. He once said it was his duty and honor to take care of our mother. I am in awe at the level of care she received as she was able to pass away with comfort, respect and dignity. I have a lifetime of respect for Devin and his wife for their love and generosity.

In 2006, I took a hiatus from Warner Bros. to start an independent film company. I had four partners, one was Devin. I went to Devin and he could see I was passionate about a story that I felt should be told. After Devin read the script, he, too, was captured by the story and said he would help raise the money. Within a short time, we had the funding. Our first film was accepted into the Sundance Film Festival. The festival is meant mostly as a film market to sell independent films to big studios for distributors. Our project sold at our first screening. Unfortunately, the company that bought the film rights went bankrupt and simultaneously three of my partners/investors lost everything in the real estate crash of 2006/2007 and also went bankrupt. We had some outstanding debt that the other partners had no way of repaying and my contribution to the project was my expertise and relationships. Needless to say, the bank wanted their money back and they were coming for all the partners, including me. My brother stepped in and covered all of the debt and never once mentioned it to me or expected the other partners to pay him back.

I absolutely believe that Devin has learned from this mistake. The effect that this has had on his life is devastating. He is extremely worried about his wife and children if he is not present to handle the day to day family responsibilities. Devin is a hands-on father and the primary parent for his children. Devin's wife, Cristina, has some serious emotional health problems and is extremely dependent on Devin, even for small things like making appointments and driving her to where ever she needs to go. She suffers from a lot of anxiety and panic attacks. Devin puts his four-year-old daughter ███ to sleep just about every night, checks the boys' homework, goes to their track meets, games and ballet class. He is the parent his kids depend on and go to for advice or help.

Please allow my brother to remain with his family. He knows he made a serious mistake in judgment and wants to redeem himself. He has already done so much to help individuals and charities, but if given the chance he will do even more.

Thank you for your consideration and taking the time to learn more about my brother.

Respectfully yours,

Lance Sloane

39

SMW educational consulting ███████████

Phone: ██████████
E-Mail: ██████████████

Honorable Indira Talwani
United States District Judge

Dear Judge Talwani:

I am writing to you on behalf of my friend Devin Sloane. I have worked with Devin and, more specifically, his 10-year-old son ███, for several years. I am an educational consultant and tutor. I have a Doctorate in Education from Columbia University's Teachers College. I also have an M.A. in Elementary Education from Loyola University, New Orleans and a B.A. in Political Science from UCLA. I have been an elementary school teacher for 15 years in both independent and public schools, most recently at the UCLA Lab School. I work privately with students from many Los Angeles area schools including Harvard Westlake, Marlborough, Buckley, Crossroads, John Thomas Dye, Mirman, Curtis and Campbell Hall. I am happily married to my husband John and we have a 15-year-old daughter and 13-year-old son.

I am aware that Devin is being sentenced with respect to a federal crime involving mail fraud related to college admissions. It is incomprehensible to me that Devin is facing these charges. He is a man of integrity, honesty, and faith. Devin is devoted to his wife Cristina and their four children. He is the type of parent who attends every ballet recital, school open house, and track meet to show his love and support for his four children. He is extraordinarily generous with his philanthropic efforts, especially with those less fortunate and Special Olympics.

I met Devin several years ago through mutual friends. They recommended me to assess Devin's young son ███ who was struggling with English conventions (spelling and grammar) since Italian is his first language. As background, one of my specialties as an educational consultant is to analyze a student's educational circumstances to determine what areas need to be strengthened to help them move forward with success and confidence. The initial plan was for me to conduct the assessment and then match ███ with a tutor. However, I quickly connected with this beautiful family because of their genuine and sincere desire to help their son overcome his challenges. Devin was eager to hear how they could best support ███ while honoring his effervescent personality. Devin was earnest in his desire to find tools and strategies to help ███ do better academically. I ultimately agreed that I myself would work one-on-one with ███. Since that moment, I have witnessed first-hand the love and affection of this close-knit family.

Over the years, Devin's thoughtful and insightful perspectives about ███ have touched my heart. He often speaks of ███'s "spirit" and encourages ███ to always do his very best. My work with ███ has shown that he is a thinker and creator, and that possibly the school he attended was not the best match to foster his creativity and learning style. Devin enthusiastically supported this suggestion, despite the fact that he was a generous donor and served on the Board of Trustees at ███'s school. Devin is a family-comes-first parent and if a change in schools would be in the best interest for ███, than it was time to look for a new school. Devin was open minded, curious and committed to finding a different type of school. He attended visiting days, went on tours and attended every interview. At one

school, ███ was instructed to bring an item to the interview to discuss with faculty. Without hesitation, ███ chose to bring his prized unicycle from his work with Le Petit Circus. This was a fairly unconventional choice, but Devin did not waver in his support to bring it. Devin helped ███ role-play for the interview as preparation, and the love and affection between father and son was heartwarming. ███ did take his beloved unicycle to the interview, the school loved it, and ███ will begin classes at this new school in September, a testament to the unconditional love, acceptance and devotion that Devin has for his family.

My work with Devin has expanded from working with his son ███ to now collaborating on a *Unified Sports Initiative* for Special Olympics. Devin has enthusiastically spoken with me about his many joyful experiences with Special Olympics over the years. He is steadfast in his commitment to taking his involvement to a higher level with this new endeavor. We are working together with Special Olympics to develop a pilot program that will bring together students from independent schools with special Olympic athletes through sports. The yearlong program will give students a chance to develop friendships and build inclusivity in their school communities. Devin is fully committed to developing this pilot program into a national program. He is the visionary behind the *Unified Sports* Initiative and has pledged to fully fund its development. This endeavor has the potential to have a far-reaching impact for high school students on both a national and international level.

Devin is a wonderful and decent man who through his kindness and selflessness makes those around him better. His family is extraordinarily close and enjoys spending quality time together. Devin took care of his aging mother and ensured she was loved and cared for until the end of her life. Devin is a successful business owner whose efforts to adopt advanced technologies to ensure safer and more reliable supplies of drinking water provide more safe drinking water are having a real impact on communities. Devin is a generous and committed philanthropist who strives to use his resources to help less fortunate especially through his efforts with Special Olympics. Devin Sloane truly is making a difference in the world.

There is no doubt in my mind that Devin is deeply sorry for his actions. He is profoundly saddened to think of the devastating impact any incarceration would have on his wife and four children. Among his four children, his is especially close with his 3-year-old daughter. Each time Devin has to travel for work, he creates a "book" for her to understand the length of time he will be away usually concluding with a page promising that "Tomorrow daddy will come home!" Any incarceration would place a heavy burden on his wife Cristina and their children and prohibit him from his work that helps him provide for the less fortunate. I am certain that Devin has learned from his mistakes, and I know he is eager to take responsibility for his actions.

In conclusion, I respectfully request that you strongly consider my honest thoughts and truthful statements about Devin Sloane and grant him leniency in your sentence determination.

Respectfully yours,

Susan M. Welsh

Susan Mescavage Welsh, Ed.D.

**40**



aquaTECTURE

May 13, 2019

The Honorable Indira Talwani
United States District Judge

Dear Judge Talwani:

My name is Tom West.  I am a 20 year resident of Los Angeles.  I have been married for 25 years and have two teenage daughters, one currently in high school and the other finishing middle school this year.  I am writing to you on behalf of Devin Sloane whom I know is being sentenced with respect to a federal crime involving mail fraud related to college admissions.

I know Mr. Sloane through our work together at the company he founded five years ago, aquaTECTURE LLC.  Devin hired me as Senior Vice President for Development approximately 18 months ago.  Prior to joining aquaTECTURE, I was a consultant to the water industry for more than 25 years.  In that role, I have supported dozens of cities and public agencies by helping them address their water issues.  I joined Devin's company because I found his vision and passion for resolving pressing water issues important and consistent with my own vision of the needs of the water industry.

During our time working together at aquaTECTURE, I have found his approach to business to be more open, honest, insightful, and purposeful than with any other business leaders with whom I have worked over my career.  He comes to work every day, roles up his sleeves, and seeks to make a difference—whether in mentoring his staff, negotiating deals with our partners, or communicating to a generally conservative water industry that there are new ways and better ways to enhance water resiliency.  His vision and leadership on these points have been noticed and recognized by the industry, and our partners, clients and peers have all said they look forward to the difference that aquaTECTURE can make.

As I have gotten to know Devin personally over the last 18 months, I have found him to be an inspiration in several ways.  First and foremost, Devin is extremely dedicated to his family and is intent on being a good role model for his children.  He described to me how he moved his family from Italy to Los Angeles because he felt it would be a better environment in which to raise them.  He has been extremely active in his children's schools and I heard personally from an administrator at one of them how his involvement has been



aquaTECTURE

so welcomed.  He was very proud when his oldest soon took a summer job in construction and then, the next summer, worked at our company as a summer intern.

Devin has also demonstrated how important family is by being supportive and enthusiastic toward me and my own devotion to my family.  As an involved father, I frequently need to leave the office in the middle of the work day to attend my girls' activities, sporting events, and school meetings.  Devin has always been supportive of my time spent with family, even if it cuts into our work schedule from time to time.  In addition, we often share stories and experiences about our kids and consistently share advice with one another.

Second, Devin has been a very active and involved supporter of charity causes.  The two most notable of these to me has been Special Olympics and UNICEF.  For Special Olympics, not a week goes by that he isn't meeting or talking with fellow supporters and organizers discussing new plans and programs for Special Olympics.  In particular, Devin has been very active with supporting the "Unified Sports" program whereby Special Olympic athletes train alongside high school athletes to generate enthusiasm and cohesiveness through sports.  He has also been active in reaching out to major water industry companies to serve as program partners in the communities where they are headquartered, thus working to expand the program across the country.

In addition to Special Olympics, I have seen Devin also be very engaged in UNICEF.  Of particular note is a project that our company has been seeking to support.  UNICEF wants to build small scale water treatment systems in parts of central and South America to reduce cases of waterborne disease, particularly among children.  In collaboration with UNICEF, Devin has asked our team here at aquaTECTURE to determine ways that the technology we developed might be applicable to address this problem.  In response, our team has had a series of discussions with UNICEF staff and we continue to work with them to develop appropriate solutions for the places where the treatment is most needed.

Given the positive role model that Devin is, and how hard he has worked to be that role model, I believe that his mistake in this case has been very hard on him and his family and that he has definitely learned from it.  I have seen him firsthand worry about our business—a business that he created for his children—and if it will be able to continue and be successful.  While he has not said much to me with how his mistake has impacted his family, I could easily imagine how difficult it has been for his children (having two teenage children of my own), knowing what a sensitive time this is in their lives.  If Devin were to be incarcerated, I



aquaTECTURE

believe it would bring a great deal of sadness to and anxiety in their household as Devin has been such an active part of his children's lives.  Having already no doubt suffered from the experience thus far, I believe it would continue to harm his children further if he were incarcerated and away from them.  It would be far better both for his children as well as the community if he was able to be allowed to serve as a role model through community service.  I believe this would allow him to more effectively demonstrate how he has learned from his mistake, does not take his freedom for granted, and uses his time and skills to improve the lives and futures of others.

In closing, I ask that you consider leniency in your sentencing of Devin and urge you to take into account all the positive opportunities that Devin has to provide not only to his family, but also to his community and, in particular, to Special Olympics.

Respectfully,

Tom West, P.E.
Senior Vice President for Development
aquaTECTURE, LLC

**41**

June 27, 2019

Dear Judge Talwani,

My name is Dena Wood-Manke. I am writing on behalf of Devin Sloane, whom I have known almost forty years. Devin and I first met in the 8th grade, and we were together almost every day throughout our four years in high school. We remain friends to this day and check in with one another often to discuss our families, work, latest activities, but mainly, to make sure we are each doing okay.

I grew up in a home in West Covina, moved out my first year in college and during law school, I married my husband of almost 29 years. We have two daughters who are now both attending college. I am the Director of Claim Management at Wood, Gutmann & Bogart Insurance Brokers.

I am aware that Devin has plead guilty as one of the defendants who became involved in the school admissions fraud case. This is a big shock to me as I know him to honest, ethical and kind. I also know that he is extremely ashamed and guilt-ridden for his involvement.

Devin and I took comfort with one another from the start as we shared similar dysfunctional family issues at home. My mom was an alcoholic who was abusive to me and Devin's stepfather was a ruthless, mean, intimidating man. We helped each other deal with the complexities of our home life and were there for each other when things got really tough.

Devin has always had a great work ethic. Starting early in high school, he was always looking for a way to start his own businesses so he could make his own money, whether it was washing and detailing cars or creating the next invention or sales product. I think much of this drive derived from the fact that he and his mom had to rely so much on his stepfather financially. Devin's stepfather was wealthy and controlled Devin and his mother with his money. They had a nice house and nice cars but, Devin struggled every day that he had to walk into his stepfather's home. Devin knew his mother felt trapped and had nowhere else to go. She was a single mother who had little ability to support herself and her two sons alone. Devin really loved his mother and knew his sweet mom was scared of his stepdad. I remember her being so nervous that she could hardly move when he was at home. Devin felt powerless to help her. I think this impacted Devin very early on and he worked hard to find a way to be independent and help his mom escape the misery.

After high school, Devin and I have kept in touch. He became quite successful in his work but that has not been the topic of our discussions. Devin has always been most passionate about his family and the charitable projects he has going on. He has shared his success with many individuals in need and nonprofit organizations, such as Special Olympics, various children's organizations and improving the environment. Devin never forgot what it was like for him throughout his childhood so when things became better for him, he had the heart to help people around him who needed it. Ironically, when it was later discovered that his stepfather fell on hard times, it was Devin who put a roof over his head and is still taking care of his stepfather today. He does this because he feels it's the right thing to do.

Your Honor, I am asking you to consider Devin's entire life when sentencing him.  He is the kind of a person that deserves another chance.  His entire life demonstrates this through his dedication to helping others less fortunate.  Please allow him to repay his debt to society through some form of community service.  He has four children, the youngest being only 4.  His wife depends on him for everything.  He is a devoted husband and father and his family will suffer without him home. I know he will not disappoint you.

Thank you for your time in reading this letter.

Respectfully,