## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Criminal No. 1:19-CR-10117-IT <br> ) <br> ) |
| DEVIN SLOANE | ) <br> ) <br> ) |

### MOTION FOR CLOSED HEARING OF TESTIMONY UNDER SEAL

Pursuant to Local Rules 7.1 and 7.2 for the U.S. District Court for the District of Massachusetts, Devin Sloane respectfully moves for the Court to hold a closed hearing Tuesday, September 24, 2019, prior to his sentencing hearing. The purpose of the closed hearing is to provide the Court with testimony regarding recent developments concerning information that has previously been filed under seal.

The testimony to be provided would contain information of a highly sensitive nature and involve a witness who has provided information currently under seal. Specifically, closing the hearing is necessary to protect confidential information regarding the private medical information and sensitive personal information concerning Mr. Sloane and third parties. Given the substantial publicity in these cases, Mr. Sloane requests that this information remain sealed until further order of the Court.

The proposed testimony to be sealed here represents specific instances where the privacy interests of Mr. Sloane and third parties clearly outweigh the presumption of public access.

Counsel for the government has informed undersigned counsel that pursuant to DOJ policy they are required to oppose any motion that requests a closed proceeding.

DATED:  September 20, 2019

Respectfully submitted,
DEVIN SLOANE.

By his attorneys,

/s/ *A. John Pappalardo*
A. John Pappalardo (BBO# 338760)
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110
pappalardoj@gtlaw.com
Tel: (617) 310-6000
Fax: (617) 310-6001

Nathan J. Hochman (*Pro Hac Vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
nhochman@bgrfirm.com
Tel: (310) 274-7100
Fax: (310) 275-5697

Sandra R. Brown-Bodner (*Pro Hac Vice*)
Hochman Salkin Toscher Perez, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
brown@taxlitigator.com
Tel: (310) 281-3200
Fax: (310) 859-1430

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

/s/ *A. John Pappalardo*