In The United States District Court For
The District of Massachusetts
Boston, Massachusetts

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>-vs-<br><br>Felicity Huffman; And Devine Sloan, et.,al.,<br><br>Defendants.<br><br>―――――――――――――<br><br>Christophe' de la' Mar Chapman,'/©, AHD, ISRC, Ph.ESD., "Juristician"™,<br>Empirical Amicus Curiae. | USDC N°. 19-CR-10117<br><br>Honorable, Madam Indira Talwani,<br>Unconstituted, Disqualified, Invalid*<br>U.S. District Judge Presiding<br><br>• Verified Petition For Leave To Proceed As Empirical Amicus Curiae And<br><br>• Verified Motion To Vacate, Acquit, Expunge And Dismiss – Fraud On The United States District Court Post-Judgment Proceeding – FRCP, 60(b)(3) |

Notice of Filing

To: Clerk Of The Court
    Appearance Service List

Please Take Notice That On Tuesday, October 22, 2019, Petitioner, Amicus Curiae, Christophe' de la' Mar Chapman,'/© AHD, ISRC, Ph.ESD., Legist, Laureate-Juristician™, Jurist Scholar, Academus, Filed With The Office Of The Clerk Of The Court His Verified Petition For Leave To Proceed As Empirical Amicus Curiae; And Verified Motion To Quash-Vacate, Acquit, Expunge And Dismiss, As Attached Hereto And Served Upon You, Herewith.

Very Respectfully Submitted,

/s/ [signature]

Christophe' de la' Mar Chapman,'/© AHD, ISRC, Ph.ESD.
"Prolific Litigator • Ingenious • Extremely Rare!"
White House Bar N°.-WH# 10312012-43
Director Mueller, FBI Issued "Laurel"

⇔16900-424⇔
Lamar C Chapman III
Registration No 16900-424
PO BOX POB 1600
Federal Correctional Comp
Butner, NC 27509-1600
United States

(1)

(i)

## Certificate of Service

Christophe' de la'Mar Chapman, 1/@ Atto, ISBC, Ph. ESD., being first duly sworn under Oath and in Consideration of the Penalty of Perjury states that He served this Notice and All Relevant Attachments on the Courtesy Service List **Via** First Class Mail, on Tuesday, October 22, 2019, by mailing the same from the Federal Correctional Complex, Butner, NC, FMC Mail Room, Butner, NC. 27509-1600 (Medium) before the hour of 12:00 Noon.

*[signature]*

_____

Christophe' de la'Mar Chapman, 1/@ Atto, ISBC, Ph.ESD.
"Prolific Litigator • Ingenious • Extremely Rare!" USDC-FBI
Obama's Political Prisoner - Whistleblower, Rival, Critic
Life-Tenured, 48 year Veteran "Inferior Officer" - U.S.A.
Article II, Section 2, Clause 1 - US Constitut - Pres. Nixon/1971
Legist, Laureate Juristician™ - Scholar, Jurist <u>Academus</u>
Epistemologist, Sacradotalist, Empirical Practitioner ("OLLA")
Federal Discoverer (28 USC, Section 535(b)) Government Accountability
Since 1969 - In Re: Congressional Black Caucus - Dawson, Powell, Chisolm
"Council of Record" Certified <u>Amicus Curiae</u>, Ninth Circuit
February 26, 2018, President, Honorable, Mr. Donald John Trump, Sr.
United States District Court - United States Court of Appeals
Three-Times Honored Recipient, Divination Awards "Esprit de Krova"

_____

White House Bar No. WH#1031012-43
(Mueller, FBI Issued Laurel)

_____

"Mr. Chapman is the Best Sole Practitioner to ever come before the Federal Court! He destroys his opponents' will to fight. He wins by having the lowest cost in the Legal Industry!" - Quote Verbatim
— Honorable Jack B. Schmetterer
Federal Judge, USBC, ND., IL., ED;
March 15, 1991

## Service List

Office of the Clerk
Clerk of the U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way - Suite 2300
Boston, Massachusetts 02210

Honorable, Madam Indira Talwani
Unconstituted, Disqualified, Invalid *
United States District Judge
John Joseph Moakley Courthouse
1 Courthouse Way - Chamber's Copy
Boston, Massachusetts 02210

Honorable, Mr. William P. Barr
United States Attorney General
c/o Deputy Michael Horowitz, OIG-Chairman
United States Department of Justice
935-950 Pennsylvania Avenue, NW
7th Floor Executive Offices
Washington, DC 20535-0001

Honorable, Mr. Robert D. Bates
Director, Administrative Office of Court
Administrative Office of the Federal Court
One Columbus Circle, NE
Washington, DC 20544

Complaint Supplement - OIG Referral

Investigation Supplement

Honorable, Mr. Charles Grassley,
Ranking Member, United States Senate
Former Chairman, Senate Judiciary Committee
c/o Honorable, Mr. Linsey Graham
Chairman, Senate Judiciary Committee
The United States Senate - SD 226
One First Avenue NW
Washington DC 20535-0001

Honorable, Mr. Donald John Trump, Sr.
President, United States of America
c/o Mr. Patrick A. Cipollone, Esq.
White House Counsel - Executive Office
The White House - Oval Office
1600 Pennsylvania Avenue, NW
Washington, DC 20500-0001

Honorable, Mr. Douglas Collins
Ranking Member, United States House
Committee on the Judiciary
The United States House of Representatives
125 Cannon House Office Building
Washington, DC 20515

Supplemental Complaint

"94 Alien-Appointed, Obama Judges" *
Barry Soetoro, "Born Alien" Illegal Immigrant
49 Year National of the Republic of Indonesia
Falsely Personated, U.S. Citizen, As Birth Alias
Barack Hussein Obama, II - Expatriant
Criminal Violation - 18 USC, Section 911, et al.
(III)