IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>-VS-<br><br>FELICITY HUFFMAN; AND DEVINE SLOAN, et.,al.,<br><br>DEFENDANTS.<br><br>---<br><br>CHRISTOPHE 'de la' MAR CHAPMAN, III©, AHO, ISBC, Ph.ESD., - JURISTICIAN™,<br><br>EMPIRICAL AMICUS CURIAE. | USDC N° 19-CR-10117<br><br>---<br><br>HONORABLE, MADAM INDIRA TALWANI, UNCONSTITUTED, DISQUALIFIED, INVALID* U.S. DISTRICT JUDGE PRESIDING<br><br>---<br><br>• VERIFIED PETITION FOR LEAVE TO PROCEED AS EMPIRICAL AMICUS CURIAE AND<br><br>• VERIFIED MOTION TO VACATE, ACQUIT, EXPUNGE, AND DISMISS - FRAUD ON THE UNITED STATES DISTRICT COURT POST-JUDGMENT PROCEEDING - FRCP, RULE 60(b)(3), et.,al., |

VERIFIED
EMPIRICAL AMICUS CURIAE'S MOTION
FOR DISQUALIFICATION OF DISTRICT JUDGE
HONORABLE, MADAM INDIRA TALWANI —

---

NOWCOMES PETITIONER, MOVANT AND EMPIRICAL AMICUS CURIAE, CHRISTOPHE 'de la' MAR CHAPMAN, III© AHO, ISBC, Ph.ESD., LEGIST, LAUREATE - JURISTICIAN™, JURIST SCHOLAR, ACADEMUS, AND PURSUANT TO 28 USC, SECTION 351/455, et.,al.*, "THE JUDICIAL CONDUCT AND DISABILITY ACT," AS AVERRED IN GOOD FAITH, UNDER OATH AND IN CONSIDERATION OF THE PENALTY of PERJURY (28 USC, SECTION 1746, et.,al.) MOVES THIS HONORABLE FEDERAL COURT TO IMMEDIATELY DISCHARGE ITS DUTY-BOUND, CONSTITUTIONAL OBLIGATION TO CORRECT THE PATENTLY CONCEALED MISCONDUCT AND INJUSTICE BY STATING THE FOLLOWING: (*28 USC, SECTION 351(a)(b) OR 28 USC SECTION 455(a)(1)(5)(iii))

## PRELIMINARY STATEMENT

Honorable, Madam Indira Talwani is Unconstitutionally Sitting As A Purported United States District Court As Repugnant By Article III of the United States Constitution. See, Tortuous Memorandum Misstated By Administrative Attorney Julia Franklin For The Office Of The Circuit Executive For The United States Courts For The First Circuit. See October 7, 2019, Response To Request For Information As Made A Part Hereof As Notice Of Filing Exposition.

Factually, Circuit Executive, Madam Susan J. Goldberg Misrepresents Through Her Attorney Julia Franklin That "Judge Talwani Was Nominated For The Position Of United States District Judge For The District Of Massachusetts By President Barack Obama, And Her Nomination Was Confirmed By The United States Senate On May 8, 2014. Also, She Misconstrues The Fact That "Judge Talwani Received Her Commission On May 12, 2014." All Quotations Are Made In Relevant And Verbatim Parts.

The Circuit Executive Through Her Attorney Or Otherwise Withheld Or Misrepresented By Omission, Or Concealment Of The Fact That Judge Talwani Is "Alien Appointed" And Fraudulently Sitting As Alerted Under Oath In Federal Reports To The Supreme Court; Judicial Conference Of The United States; And The Office Of The Circuit Executive, Executive For The First Circuit On, Before And After October 15, 2015. Judge Talwani's Nomination, Appointment And Commission Are Void Ab Initio As A Nullity With No Validity, Force And Affect; And Contrary To Article III of the United States Constitution.

Sitting Under False Pretense Or Color Of Law Can No Longer Be Sustained By Our Courts, House And Senate Judiciary Committees.

—2—

## Affidavit And Verified Statement Of Facts

Christophe de la'Mar Chapman, III©, AHO, ISBC, Ph.ESD., LEGIST, LAUREATE-JURISTICIAN,™ Jurist Scholar, Academus being first duly sworn under oath and in support of his Motion For Leave To Proceed As Empirical Amicus Curiae; Motion To Disqualify Alien Appointed, Unconstituted Fictitious Judicial Officer Indira Talwani; and Motion To Vacate, Acquit, Expunge, And Dismiss And If Called To Testify Amicus Curiae Would Be Able To Do So From Personal Knowledge, Experience And Information To The Following:

1. Amicus Curiae is a 51 year Political Activist, Court Appointed Judge of Election For Cook County, Illinois; Chicago Political Rival And Social Acquaintance of "Born Alien" Indoneshian National, Barry Soetoro, An Imposter United States Citizen Criminally Impersonating A United States Citizen In His Birth Alias of Barack Hussein Obama, II, A Juvenile Expatriate Of The United States. See State Department Student Visa Approved Applications For 1979 And 1983, As Made A Part Hereof By Reference.

2. Barry Soetoro And Amicus Curiae Are Both Alumnus And Protegees' of Russian Oligarch Billionaire George Soros, And The Chicago Council On Foreign Relations. The Expatriant, "Born Alien" Barry Soetoro is A "CFR" Alumnus For The Class of 1991 And Affiant, Amicus Curiae Petitioner Is An Alumnus "CFR" For The Class of 1969. Also, The Russian Oligarch Is Also Squatting In America As A Fraudulently Naturalized U.S. Citizen From Ukraine. He Falsified Ukrainian Citizenship Papers To Facilitate His U.S. Immigration Status And Resulting U.S. Naturalization As Nullified By Fraud Ab Initio.

3. Russian Oligarch George Soros Also Financed Barry Soetoro's Scheme

to defraud America and personally dismantled U.S. Financial Infrastructure. The Russian Billionaire was "The Handler" of Republic of Indoneshian National Barry Soetoro, Falsely Known As Barack Hussein Obama, II. The Alien was sworn into perjured oath of office. Briefed in Oval Office every Wednesday at 2:00 PM with a laundry "List" or Scheme of Criminal Accomplishments and other things to do. One Alien Scheme included: Selling Article III Federal Judgeships or Judicial Seats for Two-Hundred and Fifty Thousand Dollars ($250,000.00) in Cash under the Guise of Political Contributions or Hosting In-Home, Political Fund Raisers for Said Sum. See For Example: "Obama Alienship of the Federal Court" As Referenced Herein. See Also, USDC Judge William H. Orick, Political Hosting and Donations. See Also, Derrick Watson; Russell George, III; Jon S. Tigar; Haywood Gilliard; Amul Thapar; William Nooter; Amit Priyavadan Mehta; Cornelia Pillard; Trevor McFadden; Colleen Kollar-Kotelly; Brian S. Miller; And At Least Eighty-Two (82) Other Alien-Appointed, Criminally Unconstituted, Fictitiously Seated Federal Judges, Including Indira Talwani.

4. The Unconstituted, Alien-Appointed Indira Talwani's Conspiracy To Defraud the Federal Court is Currently under Criminal Investigation As Referred By The Inspector General, Mr. Michael J. Horowitz, to Director Robert D. Bates of the Administrative Office of the Federal Courts. See Letter of Referral As Made A Part Hereof By Reference.

5. The Nullified Nomination of Indira Talwani of, or, After May 8, 2014, And May 12, 2014, Commission Are Void Ab Initio. At No Time Did The Invalid, Purported Federal Alien-Appointed, Judge Advise Ms. Felicity Huffman or Mr. Devin Sloan That Their Due Process And Civil Rights Were Being Maliciously And Intentionally Impeded or Compromised And Criminally Violated. 18 USC, Section

-4-

241 AND/OR 242.

6. Ms. INDIRA TALWANI, CRIMINALLY CONCEALED THE SOURCE OF HER ILL-GOTTENED, LIFE-TIME, ARTICLE III APPOINTMENT AND HAS INTENTIONALLY MADE MISSTATEMENT OF FACTS IN COUNTLESS FEDERAL RECORDS TO DEFRAUD, AND DECEIVE LITIGANTS, DEFENDANTS AND ALL COMING BEFORE THE OPEN, FEDERAL COURT, INCLUDING THE AFFIANT AND EMPIRICAL <u>AMICUS CURIAE</u>.

7. THIS ISSUE IS NOT A STATUTORY-EXHAUSTED OR <u>RES JUDICATA</u> BARRED ISSUE. IT IS NEITHER A RESOLVED CASE AND CONTROVERSY "BIRTHER" OR "SEE MY BIRTH CERTIFICATE, NATIVITY ISSUE." THIS ISSUE IS AN ONGOING AND CONTINUOUS IMMIGRATION AND (INA) NATURALIZATION ISSUE OR ACT AND CRIMINAL IMMIGRATION FRAUD ISSUE. THIS ISSUE IS STRICTLY A "WANT OF UNITED STATES NATIONALITY ISSUE."

8. THE UNITED STATES CONSTITUTION MAKES NO PROVISIONS FOR A "FOREIGN PRESIDENT"; FAKE UNITED STATES CITIZENS (18 USC, SECTION 911); IMPOTENT, ALIEN-APPOINTED FEDERAL JUDGES OR EXCUSED IMMIGRATION FRAUD, OF THE AFRICAN-ASIAN "NEGRITO" BORN ALIEN.

9. THE CRIMINAL CONSPIRACY TO COMMIT FRAUD (18 USC, SECTION 1334) IS MORE THAN DISTURBING. Ms. INDIRA TALWANI, HAS AN AFFIRMATIVE DUTY TO TURN HERSELF INTO THE FEDERAL BUREAU OF (FBI) INVESTIGATION AND TO IMMEDIATELY STEP-DOWN FROM HER INVALID AND "BORN ALIEN" FICTITIOUS JUDICIAL APPOINTMENT.

10. AN "OBAMA JUDGE" IS A CRIMINALLY UNCONSTITUTED, CONSTITUTIONALLY PROHIBITED, ALIEN-APPOINTED, UNLAWFULLY SEATED, INVALID JUDGE. FURTHER AFFIANT OR DECLARANT SAYETH NAUGHT.

## Conclusion

The Supreme Court has addressed in precedent a similar issue. The Supreme Court patently states that a constitutionally void or unconstituted and nullified office does not become valid just because an elected term, regardless of duration has been completely satisfied. According to Article III, Section 2, Clause 1 of the United States Constitution Barry Soetoro the Imposter President, fraudulently personating a United States citizen in his "Birth Alias" as Barack Hussein Obama, II as criminally prohibited by 18 USC, Section 911 and fraudulent "Foreign Presidency" is constitutionally void on its face. So is the Alien-Appointed, fictitious office of Madam Indira Talwani, or any of her decisions, orders, memorandum, opinions or judgments. They are unconstitutional and impotent with no legal force, or affect (effect) and must be held for naught.

Accordingly, Felicity Huffman, Devine Sloan and all other victims of judicial and immigration fraud cases must be dismissed in their entirety. The victimized defendants must be acquitted. Their fictitious records must be expunged. The judiciary is unable to police itself and must resolve this matter through the Administrative Office of the Federal Court in concert with the Federal Bureau of Investigation, Public Corruption/Civil Rights Unit. See Attached December 4, 2012, Obama White House Cover Up "Judicial Interference with Civil Rights" as attached hereto and made a part hereof with Amicus Curiae's assigned White House Bar Number, WH#10312012-43 as assigned by FBI Director Robert S. Mueller.

It is criminal to conceal or ignore this disturbing issue.

-6-

WHEREFORE, MOVANT, PETITIONER, CHRISTOPHE' de la' MAR CHAPMAN, II©, EMPIRICAL AMICUS CURIAE VERY RESPECTFULLY PRAYS FOR IMMEDIATE, CRIMINALIZED DISQUALIFICATION OF FICTITIOUS, UNCONSTITUTED AND UNCONSTITUTIONAL, ALIEN-APPOINTED PURPORTED DISTRICT JUDGE MADAM INDIRA TALWANI FROM PROCEEDING IN THIS MATTER AND ANY OTHER FORMER VOID MATTERS OR HEREIN AFTER VOID AND FICTITIOUS JUDICIAL PROCEEDING.

VERY RESPECTFULLY SUBMITTED,

_____

CHRISTOPHE' de la' MAR CHAPMAN, II©AHO, BBC, Ph.ESD.
"PROLIFIC LITIGATOR • INGENIOUS • EXTREMELY RARE!" USDC-FBI
OBAMA'S POLITICAL PRISONER-WHISTLEBLOWER, RIVAL, CRITIC
LIFE-TENURED, 48 YEAR VETERAN "INFERIOR OFFICER" - USA
ARTICLE II, SECTION 2, CLAUSE 1 - US CONSTUT-PRES. NIXON 1971
LEGIST, LAUREATE JURISTICIAN™ - SCHOLAR, JURIST ACADEMIUS
EPISTEMOLOGIST, SACRADOTALIST, EMPIRICAL PRACTITIONER "OLA"
FEDERAL DISCOVERER (28 USC, SECTION 535(b)) GOVERNMENT ACCOUNTABILITY
SINCE 1969 - IN RE: CONGRESSIONAL BLACK CAUCUS - DAWSON, POWELL, CHISOLM
"COUNSEL OF RECORD" CERTIFIED AMICUS CURIAE, NINTH CIRCUIT
FEBRUARY 26, 2018, PRESIDENT, HONORABLE, MR. DONALD J. TRUMP, SR.
UNITED STATES DISTRICT COURT - UNITED STATES COURT OF APPEALS
THREE-TIMES HONORED RECIPIENT, DIVINATION "ESPRIT de KRONA"

WHITE HOUSE BAR N° WH# 10312012-43
(MUELLER, FBI ISSUED - LAUREL)

_____

"MR. CHAPMAN IS THE BEST SOLE PRACTITIONER TO EVER COME BEFORE THE FEDERAL COURT! HE DESTROYS HIS OPPONENT'S WILL TO FIGHT. HE WINS BY HAVING THE LOWEST COST IN THE LEGAL INDUSTRY!" - QUOTE VERBATIM
HON. JACK B. SCHMETTERER, USBC, ND., IL. ED.
MARCH 15, 1991 - FEDERAL JUDGE

-7-

## FOOTNOTE

1. For the sake of candor, Affiant Christophe' de laMar Chapman, ®Aho, ISBC, Ph.ED., Epistemologist, Sacerdotalist, Empirical Practitioner, Legist Laureate-Juristician™ Scholar, Jurist <u>Academous</u> has been found to be "Extremely Rare" by FBI Surveillance Profiler (Pre-Article II Presidential Vetting and Post- or Continuous Presidential Vetting (1969-2009)). The Confidential Official, Intelligence Document in Relevant and Verbatim Parts is Quoted as: "It is Extremely Rare to find all of Mr. Chapman's Qualities in a Single Individual!"

Mr. Chapman is currently vindictively and falsely imprisoned for making protected disclosures such as the pleadings or documents before you. As a "Monitored Conservative Journalist" Affiant is being held in indefinite Federal Custody in the most violent Federal Penitentiaries because: 1.) "The Nigger has forgotten his Place!"- Quoting Censored Former Federal Judge James B. Zagel; 2.) "You have [Mr. Chapman] destroyed some Good, Hard-Earned Federal Careers!" Quoting Censored Former Chief Federal Judge, Charles P. Kocoras; and "Mr. Chapman has misused his Excellent Speaking and Writing Skills!" Quoting Failed Supreme Court Hopeful G. Elaine E. Bucklo.

Affiant really committed "The Crime of Publishing" in the <u>Huffington-Post</u> "What You Don't Know About Barack Hussein Obama, II" or the latest publication "The Nullified Foreign President - Esquatir-Born Alien in the Oval Office!" 49 year Muslim, Indoneshian National- Barack "Barry Soetoro" Hussein Obama, II. Most of the Affiant's work has been dePublished by "Alien-Appointed" Executive Branch and Secret Service Employees obeying the Born Alien's Criminal Manifesto: "Treat Chapman Harshly and Take No Action!"

Affiant never violated the Criminal Code. The Criminal Code violated him!

-8-