UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:19-cr-10177-IT-11 |
| | * | |
| DEVIN SLOANE, | * | |
| | * | |
| Defendant. | * | |

ORDER

January 7, 2020

TALWANI, D.J.

Before the court is Defendant Devin Sloane's Assented-To Motion for Return of Property [#615]. Defendant asks the court to direct the government to return his passport upon his release from Bureau of Prison custody. Defendant also requests the return of posted bail monies of $500,000. The government has assented to his request.

Accordingly, the court hereby ALLOWS Defendant's Assented-To Motion for Return of Property [#615]. The United States Probation/Pretrial Services Office shall return to Defendant or his counsel of record his United States passport upon his release from Bureau of Prison custody. The government shall also return Defendant's posted bail monies.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge