

# Memorandum

**To:**   The Honorable Indira Talwani, U.S. District Judge

**From:**   Chrissy Murphy, Supervisory U.S Probation Officer

**Date:**   June 4, 2021

**Re:**   Devin Sloane, Docket #1:19CR10117-11

**Request for International Travel**

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to Italy.

On September 24, 2019, Mr. Sloane appeared before Your Honor, having previously plead guilty to Conspiracy to Commit Mail Fraud and Honest Service Mail Fraud, in violation of 18 U.S.C. §§ 1349, 1341 and 1346. Mr. Sloane was sentenced to 4 months in custody, followed by 2 years of supervised release. Mr. Sloane commenced his term of supervised release on January 24, 2020, and has been supervised by the Probation Office in the Central District of California since that time.

Mr. Sloane is requesting travel to Italy to visit his family, who he has not seen in over two years. Mr. Sloane is seeking to travel leaving approximately July 8, 2021 and returning August 13, 2021.

Mr. Sloane has remained in compliance during his term of supervised release. According to the Probation Office in the Central District of California, Mr. Sloane's sole outstanding special condition is completion of 500 hours of community service. Mr. Sloane has completed approximately 375 of the 500 hours ordered. Currently, he is on track to complete all community service requirements by November 2021. The Probation Office in the Central District of California is in support of the above requested travel.

If Your Honor approves of Mr. Sloane's requested travel to Italy, please kindly indicate by signing below:

The Court Orders:

I concur_____

I do NOT concur_____

_____
The Honorable Indira Talwani
U.S. District Judge


Date:_____